IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| SORRENTO THERAPEUTICS INC., *et al.*, | § § § | Case No. 23-90085 (DRJ) |
| | § | |
| Debtors. | § | (Joint Administration Requested) |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

Please take notice that the undersigned is counsel for judgment creditors NantCell, Inc. and Immunotherapy NANTibody LLC in the above-referenced case and hereby enters its appearance pursuant to section 1109(b) of the United States Code (the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and request copies of all notices and pleadings pursuant to Bankruptcy Rules 2002, 3017(a), and 9007. All such notices should be addressed as follows:

Patricia B. Tomasco
Cameron Kelly
Quinn Emanuel Urquhart & Sullivan, LLP
711 Louisiana, Suite 500
Houston, TX 77002
Telephone: 713-221-7000
Email: pattytomasco@quinnemanuel.com
Email: cameronkelly@quinnemanuel.com

-and-

00811-99585/13890810.1

John B. Quinn<br>
Harry A. Olivar, Jr.<br>
David M. Elihu<br>
Jeffrey N. Boozell<br>
Eric D. Winston<br>
Quinn Emanuel Urquhart & Sullivan, LLP<br>
865 S. Figueroa St., 10th Floor<br>
Los Angeles, CA 90017<br>
Telephone: 213-443-3000<br>
Email: johnquinn@quinnemanuel.com<br>
Email: harryolivar@quinnemanuel.com<br>
Email: davidelihu@quinnemanuel.com<br>
Email: jeffboozell@quinnemanuel.com<br>
Email: ericwinston@quinnemanuel.com<br>

Please take further notice that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, notices of any application, complaint, demand, hearing, motion, petition, pleading, or request, whether formal or informal written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, facsimile, or otherwise filed or made with regard to the referenced case and the proceedings.

Respectfully submitted this 13th day of February, 2023.

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: /s/ *Patricia B. Tomasco*
   Patricia B. Tomasco
   (Texas Bar No. 01797600)
   Cameron Kelly
   (Texas Bar No. 24120936)
   711 Louisiana, Suite 500
   Houston, Texas 77002
   Telephone: 713-221-7000
   Facsimile: 713-221-7100
   Email: pattytomasco@quinnemanuel.com
   Email: cameronkelly@quinnemanuel.com

-and-

Eric D. Winston
John B. Quinn
Harry A. Olivar, Jr.
David M. Elihu
Jeffrey N. Boozell
865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017
Telephone: 213-443-3000
Facsimile: 213-443-3100
Email: ericwinston@quinnemanuel.com
Email: johnquinn@quinnemanuel.com
Email: harryolivar@quinnemanuel.com
Email: davidelihu@quinnemanuel.com
Email: jeffreyboozell@quinnemanuel.com

COUNSEL FOR JUDGMENT CREDITORS NANTCELL, INC. AND IMMUNOTHERAPY NANTIBODY LLC

## CERTIFICATE OF SERVICE

I, Patricia B. Tomasco, hereby certify that on the 13th day of February, 2023 a copy of the foregoing Notice of Appearance was served via the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Patricia B. Tomasco*
Patricia B. Tomasco