United States Bankruptcy Court
Southern District of Texas

**ENTERED**

February 15, 2023
Nathan Ochsner, Clerk

| UNITED STATES BANKRUPTCY COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 23-90085 |
|---|---|---|---|
| Debtor | In Re: | Sorrento Therapeutics Inc., et al. | |

This lawyer, who is admitted to the State Bar of __California__:

| | |
|---|---|
| Name | Eric D. Winston |
| Firm | Quinn Emanuel Urquhart & Sullivan, LLP |
| Street | 865 S. Figueroa Street, 10th Floor |
| City & Zip Code | Los Angeles, CA 90017 |
| Telephone | 213-443-3000 |
| Licensed: State & Number | California 202407 |

Seeks to appear as the attorney for this party:

| NantCell, Inc. and Immunotherapy NANTibody LLC |
|---|
| Dated: 2/14/2023      Signed: /s/ Eric D. Winston |

| |
|---|
| COURT USE ONLY: The applicant's state bar reports their status as: _____. |
| Dated:      Signed: _____ Deputy Clerk |

Order   (Docket No. 10)

The lawyer shall review the Local Rules, the Complex Case Procedures and the Court's published procedures. This lawyer is admitted *pro hac vice*.

**Signed:  February 15, 2023**

_____
**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**