UNITED STATES BANKRUPTCY COURT        SOUTHERN DISTRICT OF TEXAS

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 23-90085 (DRJ) |
|---|---|---|---|
| Debtor | In Re: | Sorrento Therapeutics, Inc., et al | |

This lawyer, who is admitted to the State Bar of __District of Columbia__:

| Name / Firm / Street / City & Zip Code / Telephone / Licensed: State & Number | Michael L. Bernstein<br>Arnold & Porter Kaye Scholer LLP<br>601 Massachusetts Ave., NW<br>Washington, DC 20001-3743<br>(202) 942-5000<br>District of Columbia 425819 |
|---|---|

Seeks to appear as the attorney for this party:

HCP University Center West LLC, HCP Life Science Estates, Inc., and HCP Life Science REIT, Inc.

Dated: 2/17/2023        Signed: /s/ Michael L. Bernstein

COURT USE ONLY: The applicant's state bar reports their status as: _____.

Dated:        Signed: _____
                       Deputy Clerk

Order

This lawyer is admitted *pro hac vice*.

Dated: _____        _____
                              United States Bankruptcy Judge