United States Bankruptcy Court
Southern District of Texas
**ENTERED**
March 21, 2023
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT　　　　SOUTHERN DISTRICT OF TEXAS

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | HOUSTON | Main Case Number | 23-90085 |
|---|---|---|---|
| Debtor | In Re: | Sorrento Therapeutics Inc., et al. | |

This lawyer, who is admitted to the State Bar of __New York__:

| | |
|---|---|
| Name | Andrew K. Glenn |
| Firm | Glenn Agre Bergman & Fuentes |
| Street | 1185 Avenue of the Americas, 22nd Floor |
| City & Zip Code | New York, NY 10036 |
| Telephone | (212) 970-1601; Email: aglenn@glennagre.com |
| Licensed: State & Number | New York State Registration No. 2767374 |

Seeks to appear as the attorney for this party:

EagleRock Capital Management, Alta Fundamental Advisors, HZ Investments, et al.

Dated: March 20, 2023　　Signed: /s/ Andrew K. Glenn

COURT USE ONLY: The applicant's state bar reports their status as: _____.

Dated: _____　　Signed: _____
　　　　　　　　　　　　　　Deputy Clerk

Order   (Docket No. 256)

The lawyer shall review the Local Rules, the Complex Case Procedures and the Court's published procedures. This lawyer is admitted *pro hac vice*.

**Signed: March 21, 2023**

**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**