United States Bankruptcy Court
Southern District of Texas
**ENTERED**
April 13, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 ) |
| SORRENTO THERAPEUTICS INC., *et al.*[1] | ) Case No. 23-90085 (DRJ) ) |
| Debtors. | ) (Jointly Administered) ) |
| | ) **Re: Docket No. 427** |

**ORDER (I) FURTHER EXTENDING TIME TO FILE
(A) SCHEDULES AND STATEMENTS AND (B) RULE 2015.3
FINANCIAL REPORTS AND (II) GRANTING RELATED RELIEF**

The Debtors filed their motion (the "Motion")[2] to approve a second extension of the deadline to file the Debtors' Schedules and Statements and the Debtors' 2015.3 Reports. The Court has jurisdiction over the Motion pursuant to 28 U.S.C. § 1334 and venue of the Motion is proper pursuant to §§ 1408 and 1409. The Motion is a core proceeding pursuant to 28 U.S.C. § 157(b)(2) and the Court may enter a final order on the Motion. The relief requested in the Motion is in the best interests of the Debtors, their estates, stakeholders, and other parties in interest and the Debtors gave sufficient and proper notice of the Motion and related hearings. Upon consideration of the Motion, the Court finds that good cause exists to grant the requested relief. It is therefore ORDERED THAT:

1. The time within which the Debtors must file the Schedules and Statements is extended to and including May 25, 2023, without prejudice to the Debtors' rights to seek additional extensions upon cause shown therefor.

---

[1] The Debtor entities in these chapter 11 cases, along with the last four digits of each Debtor entity's federal tax identification number, are: Sorrento Therapeutics, Inc. (4842) and Scintilla Pharmaceuticals, Inc. (7956). The Debtors' service address is: 4955 Directors Place, San Diego, CA 92121.

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion.

2.      The time within which the Debtors must file the 2015.3 Reports is extended to and including May 25, 2023, without prejudice to the Debtors' right to seek additional extensions upon cause shown therefor.  The Debtors may obtain a further extension to file their 2015.3 Reports by agreement with the U.S. Trustee without the need for further Court order.

3.      All time periods set forth in this Order shall be calculated in accordance with Bankruptcy Rule 9006(a).

4.      The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

5.      This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**Signed:  April 13, 2023.**

_____
DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE