**Fill in this information to identify the case:**

Debtor Name  Sorrento Therapeutics, Inc.

United States Bankruptcy Court for the: Southern    District of Texas
(State)

Case number:    23-90085 (DRJ)

Official Form 426

# Periodic Report Regarding Value, Operations, and Profitability of Entities in Which the Debtor's Estate Holds a Substantial or Controlling Interest

**12/17**

This is the *Periodic Report* as of Fiscal Year Ended ("FYE") December 31, 2022 and the three months ended March 31, 2023, on the value, operations, and profitability of those entities in which a Debtor holds, or two or more Debtors collectively hold, a substantial or controlling interest (a "Controlled Non-Debtor Entity"), as required by Bankruptcy Rule 2015.3. For purposes of this form, "Debtor" shall include the estate of such Debtor.

Sorrento Therapeutics, Inc. holds a substantial or controlling interest in the following entities:

| Name of Controlled Non-Debtor Entities | Interest of the Debtor | Tab # |
|---|---|---|
| See Exhibit: Controlled Non-Debtor Entities | | |

This *Periodic Report* contains separate reports (*Entity Reports*) on the value, operations, and profitability of each Controlled Non-Debtor Entity.

Each *Entity Report* consists of five exhibits.

*Exhibit A* contains the most recently available: balance sheet, statement of income (*loss*), statement of cash flows, and a statement of changes in shareholders' or partners' equity (*deficit*) for the period covered by the *Entity Report*, along with summarized footnotes.

*Exhibit B* describes the Controlled Non-Debtor Entity's business operations.

*Exhibit C* describes claims between the Controlled Non-Debtor Entity and any other Controlled Non-Debtor Entity.

*Exhibit D* describes how federal, state or local taxes, and any tax attributes, refunds, or other benefits, have been allocated between or among the Controlled Non-Debtor Entity and any Debtor or any other Controlled Non-Debtor Entity and includes a copy of each tax sharing or tax allocation agreement to which the Controlled Non-Debtor Entity is a party with any other Controlled Non-Debtor Entity.

*Exhibit E* describes any payment, by the Controlled Non-Debtor Entity, of any claims, administrative expenses or professional fees that have been or could be asserted against any Debtor, or the incurrence of any obligation to make such payments, together with the reason for the entity's payment thereof or incurrence of any obligation with respect thereto.

**This *Periodic Report* must be signed by a representative of the trustee or debtor in possession.**

Debtor Name    Sorrento Therapeutics, Inc.                                   Case number 23-90085 (DRJ)

The undersigned, having reviewed the *Entity Reports* for each Controlled Non-Debtor Entity, and being familiar with the Debtors' financial affairs, verifies under the penalty of perjury that to the best of his or her knowledge, (i) this *Periodic Report* and the attached *Entity Reports* are complete, accurate, and truthful to the best of his or her knowledge, and (ii) the Debtor did not cause the creation of any entity with actual deliberate intent to evade the requirements of Bankruptcy Rule 2015.3

| For non-individual Debtors: | ✗ /s/ Henry Ji |
|---|---|
| | Signature of Authorized Individual |
| | Henry Ji |
| | Printed name of Authorized Individual |
| | Date 5/25/2023 |
| | MM / DD / YYYY |

| For individual Debtors: | ✗ | ✗ |
|---|---|---|
| | Signature of Debtor 1 | Signature of Debtor 2 |
| | Printed name of Debtor 1 | Printed name of Debtor 2 |
| | Date | Date |
| | MM / DD / YYYY | MM / DD / YYYY |

**Exhibit: Controlled Non-Debtor Entities**

**In re: Sorrento Therapeutics, Inc.**                                                                                           **Case No.: 23-90085 (DRJ)**

The Debtor, Sorrento Therapeutics, Inc., directly holds a substantial or controlling equity interest in the following non-debtor, non-public entities:

| Controlled Non-Debtor Entity | Interest of the Estate | | F/N |
| --- | --- | --- | --- |
| | 12/31/2022 | 3/31/2023 | |
| *Non-Debtor Entitie(s):* | | | |
| ACEA Therapeutics, Inc. | 100.00% | 100.00% | |
| Adnab, Inc. | 70.00% | 70.00% | |
| Ark Animal Health, Inc. | 100.00% | 100.00% | (a) |
| BioServ Corporation | 100.00% | 100.00% | |
| Concortis Biosystems, Corp. | 100.00% | 100.00% | |
| Cytimm Therapeutics, Inc. | 50.00% | 50.00% | |
| Deverra Therapeutics, Inc. | 25.34% | 25.34% | |
| Elina Labs LLC | 100.00% | 100.00% | |
| Elsie Biotechnologies, Inc. | 37.66% | 37.66% | |
| ImmuneOncia Therapeutics, Inc. | 32.06% | 32.06% | |
| Scintilla Health, Inc. | 80.00% | 80.00% | |
| SmartPharm Therapeutics, Inc. | 100.00% | 100.00% | |
| SNAN Holdco LLC | 100.00% | 100.00% | (a) |
| Sorrento Biologics, Inc. | 100.00% | 100.00% | |
| Sorrento Capital Acquisition Corp I | 100.00% | 100.00% | (a) |
| Sorrento Holding Company | 100.00% | 100.00% | (a) |
| Sorrento Therapeutics, Inc. Hong Kong Limited | 100.00% | 100.00% | (b) |
| Sorrento Therapeutics Mexico, S. de R.L. de C.V. | 66.70% | 66.70% | |
| TNK Therapeutics, Inc. | 100.00% | 100.00% | |
| Vavotar Life Sciences LLC | 100.00% | 100.00% | (a) |
| Virex Health, Inc. | 100.00% | 100.00% | |
| Zhengzhou Fortune Bioscience Co., Ltd. | 49.00% | 0.00% | (c) |

**Footnote(s):**

(a)  The legal entity does not have financial statements for the fiscal year ended December 31, 2022 and the three months ended March 31, 2023.

(b)  The legal entity is a dormant entity.

(c)  Zhengzhou Fortune Bioscience Co., Ltd. was entirely divested from Sorrento Therapeutics, Inc. as of March 31, 2023.

**In re: Sorrento Therapeutics, Inc.**                    **Case No. 23-90085 (DRJ)**

<u>**General Notes**</u>

This Periodic Report has been prepared solely for the purpose of complying with the Federal Rules of Bankruptcy Procedure and is in a format acceptable to the United States Trustee. This Periodic Report includes those non-debtor, non-public entities directly or indirectly owned by the Debtors (as defined below). It also excludes non-debtor entities which the Debtors directly or indirectly hold less than a 20% interest.

The information included in this Periodic Report has been provided by the Debtors' management.

<u>**Description of these Chapter 11 Cases**</u>

On February 13, 2023 (the "**Petition Date**"), Sorrento Therapeutics, Inc. and its wholly-owned direct subsidiary, Scintilla Pharmaceuticals, Inc., as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") in the United States Bankruptcy Court for the Southern District of Texas Houston Division (the "**Bankruptcy Court**"). The Debtors' chapter 11 cases are being jointly administered for procedural purposes only pursuant to Bankruptcy Rule 1015(b) and Local Rule 1015-1 for the Bankruptcy Court under the caption Sorrento Therapeutics, Inc., *et al.*, Case No. 23-90085 (DRJ) (Bankr. S.D. Tex.), pursuant to an order entered by the Bankruptcy Court on February 13, 2023 [Docket No. 7].

On February 28, 2023, the United States Trustee for Region 7 (the "**U.S. Trustee**") appointed an Official Committee of Unsecured Creditors pursuant to section 1102(a) of the Bankruptcy Code [Docket No. 142], which was reconstituted on March 28, 2023 [Docket No. 313]. On April 10, 2023, the U.S. Trustee appointed an Official Committee of Equity Security Holders [Docket No. 391], which was reconstituted on April 14, 2023 [Docket No. 448].

The Debtors continue to operate their business and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. Additional information about these chapter 11 cases, court filings, and claims information is available at the Debtors' restructuring website: https://cases.stretto.com/Sorrento.

<u>**Financial Statements**</u>

The Debtors are providing balance sheets and income statements for each of the non-public, non-debtors that are directly "controlled" by the Debtors, as that term is defined in the Federal Rules of Bankruptcy Procedure Rule 2015.3. The Debtors and non-debtor subsidiaries prepare cash flow statements and statements of shareholders' equity on a consolidated basis only and not on an entity-by-entity basis and, therefore, entity-by-entity cash flow statements and statements of shareholders' equity are not included in this Periodic Report. The unaudited condensed financial statements presented in this Periodic Report are derived from the books and records of the non-debtor entities. Such information, however, is preliminary and unaudited, and is not prepared in accordance with generally accepted accounting principles ("**GAAP**") in the United States. In

**In re: Sorrento Therapeutics, Inc.**                                   **Case No. 23-90085 (DRJ)**

addition, the financial statements and supplemental information contained herein represent condensed combined information and is limited in scope and covers a limited time period.

The Debtors attempted to attribute the assets and liabilities, certain required financial information, and various cash disbursements to the proper Non-Debtor entity.  However, because the Non-Debtors' accounting systems, policies, and practices were developed for consolidated reporting purposes, rather than by individual legal entity, it is possible that not all assets, liabilities or amounts of cash disbursements have been recorded with the correct legal entity.

The information furnished in this report includes primarily normal recurring adjustments, but does not include all of the adjustments that would typically be made in accordance with U.S. GAAP. The financial statements presented in USD for each non-debtor entity are not prepared in accordance with local GAAP.

The financial information has not been subject to certain procedures that would typically be applied to financial information in accordance with GAAP, and upon application of such procedures the financial information could be subject to material change.  The results of operations contained herein are not necessarily indicative of results which may be expected for any other period or for the full year and may not necessarily reflect the consolidated results of operations and financial position of the Debtors in the future.

Controlled Non-Debtor entities represent entities in which the estate controls or owns at least a 20 percent interest.  In such cases, the estate's interest is presumed to be substantial or controlling.

The following legal entity had a buyback of equity interest in February 2023.

| FYE 2022 | Description | March 31, 2023 |
|---|---|---|
| Zhengzhou Fortune Bioscience Co., Ltd. | Buyback of Equity Interest | Not Applicable[1] |

**<u>Adjustments to Accounts or Balances</u>**

Possible significant future adjustments may include:

1.  Intercompany balances adjustments;

2.  Adjustments to tax accruals and valuations; and

3.  Changes to investment in subsidiaries.

**<u>Intercompany Transactions</u>**

---

[1] Zhengzhou Fortune Bioscience Co., Ltd. ("**ZBF**") entered into a repurchase agreement with Sorrento Therapeutics, Inc. ("Sorrento") for the buyback of Sorrento's remaining 49% equity interest in ZBF.

**In re: Sorrento Therapeutics, Inc.**                    **Case No. 23-90085 (DRJ)**

Receivables and payables between the non-debtor entities and Debtors and/or among the various non-debtor entities have not been eliminated.  No conclusion as to the legal obligation related to these intercompany transactions is made by this Periodic Report.

## Reservation of Rights

Nothing contained in this Periodic Report shall constitute a waiver or admission by the Debtors in any respect, nor shall this Periodic Report or any information set forth herein waive or release any of the Debtors' rights or admission with respect to these chapter 11 cases, or their estates, including with respect to, among other things, matters involving objections to claims, substantive consolidation, equitable subordination, defenses, characterization or re-characterization of contracts, assumption or rejection of contracts under the provisions of chapter 3 of the Bankruptcy Code and/or causes of action under the provisions of chapter 5 of the Bankruptcy Code or any other relevant applicable laws to recover assets or avoid transfers.  The Debtors are reviewing the assets and liabilities of their affiliates on an ongoing basis, including without limitation with respect to intercompany claims and obligations, and nothing contained in this Periodic Report shall constitute a waiver of any of the Debtors' or their affiliates' rights with respect to such assets, liabilities, claims, and obligations that may exist.

Debtor Name   Sorrento Therapeutics, Inc.                                          Case number 23-90085 (DRJ)

**Exhibit A: Financial Statements**

Debtor Name    Sorrento Therapeutics, Inc.                                              Case number 23-90085 (DRJ)

**Exhibit A-1: Balance Sheet as of December 31, 2022 and March 31, 2023**

In re: Sorrento Therapeutics, Inc.

Case No.: 23-90085 (DRJ)

**Balance Sheets**
**For Controlled Non-Debtor Entities**
As of December 31, 2022
(Unaudited)
(in US Dollars)

| | ACEA Therapeutics, Inc. | Adnab, Inc. | BioServ Corporation |
|---|---|---|---|
| **ASSETS** | | | |
| **Current assets:** | | | |
| Cash and cash equivalents | $119,525 | $2,781 | $86,307 |
| Accounts receivable | 58,726 | - | 1,011,327 |
| Inventory | - | - | 844,908 |
| Prepaid expenses and other current assets | 112,922 | - | 97,070 |
| Intercompany receivables | 47,350,660 | - | 7,151,057 |
| **Total current assets** | **47,641,834** | **2,781** | **9,190,668** |
| Property and equipment, net | 280,598 | - | 3,294,285 |
| Operating lease right of use assets | - | - | 3,879,620 |
| Intangibles, net | - | - | 106,000 |
| Goodwill | - | - | 2,392,416 |
| Others, net | - | - | 88,125 |
| **Total assets** | **$47,922,431** | **$2,781** | **$18,951,115** |
| **LIABILITIES AND STOCKHOLDERS' EQUITY** | | | |
| **Current liabilities** | | | |
| Accounts payable | $2,589,036 | - | $373,533 |
| Accrued payroll and related benefits | 317,773 | - | 201,028 |
| Accrued expenses and other current liabilities | 32,688,521 | - | 11,849,801 |
| Current portion of deferred revenue | - | - | 39,713 |
| Acquisition consideration payable | - | - | - |
| Current portion of debt | - | - | - |
| Current portion of operating lease liabilities | - | - | 363,953 |
| **Total current liabilities** | **35,595,329** | **-** | **12,828,029** |
| Operating lease liabilities | - | - | 4,092,454 |
| Other long-term liabilities | - | - | - |
| **Total liabilities** | **$35,595,329** | **-** | **$16,920,482** |
| **Equity** | | | |
| Common stock | - | - | - |
| Preferred Stock | - | - | - |
| Additional paid-in capital | 39,204,422 | 2,691,875 | 3,600,000 |
| **Total accumulated deficit** | **(26,877,320)** | **(2,689,094)** | **(1,569,367)** |
| Cumulative Translation Adjustment | - | - | - |
| **Total stockholders' equity** | **12,327,102** | **2,781** | **2,030,633** |
| **Noncontrolling interests** | **-** | **-** | **-** |
| **Total Equity** | **12,327,102** | **2,781** | **2,030,633** |
| **Total liabilities and stockholders' equity** | **$47,922,431** | **$2,781** | **$18,951,115** |

**In re: Sorrento Therapeutics, Inc.**                                        **Case No.: 23-90085 (DRJ)**

**Balance Sheets**
**For Controlled Non-Debtor Entities**
As of December 31, 2022
(Unaudited)
(in US Dollars)

| | Concortis Biosystems, Corp. | Cytimm Therapeutics, Inc. | Devarra Therapeutics, Inc |
|---|---|---|---|
| **ASSETS** | | | |
| **Current assets:** | | | |
| Cash and cash equivalents | $36,818 | $188,169 | $79,085 |
| Accounts receivable | - | - | - |
| Inventory | - | | - |
| Prepaid expenses and other current assets | 21,073 | - | 1,174,148 |
| Intercompany receivables | 2,805,739 | - | - |
| **Total current assets** | **2,863,630** | **188,169** | **1,253,233** |
| Property and equipment, net | 573,630 | - | 645,059 |
| Operating lease right of use assets | - | - | - |
| Intangibles, net | 194,000 | - | - |
| Goodwill | 402,000 | - | - |
| Others, net | 7,576,100 | - | 2,946,957 |
| **Total assets** | **$11,609,360** | **$188,169** | **$4,845,249** |
| **LIABILITIES AND STOCKHOLDERS' EQUITY** | | | |
| **Current liabilities** | | | |
| Accounts payable | $57,770 | $12,525 | $1,971,034 |
| Accrued payroll and related benefits | 132,703 | - | - |
| Accrued expenses and other current liabilities | 43,765,964 | 12,638 | 5,477,025 |
| Current portion of deferred revenue | - | - | - |
| Acquisition consideration payable | - | - | - |
| Current portion of debt | - | - | - |
| Current portion of operating lease liabilities | - | - | - |
| **Total current liabilities** | **43,956,437** | **25,164** | **7,448,059** |
| Operating lease liabilities | - | - | - |
| Other long-term liabilities | 510,686 | - | 256,667 |
| **Total liabilities** | **$44,467,123** | **$25,164** | **$7,704,726** |
| **Equity** | | | |
| Common stock | - | - | - |
| Preferred Stock | - | - | - |
| Additional paid-in capital | - | 5,917,892 | - |
| **Total accumulated deficit** | (32,857,763) | (5,754,887) | - |
| Cumulative Translation Adjustment | - | - | - |
| **Total stockholders' equity** | (32,857,763) | 163,005 | (2,859,477) |
| **Noncontrolling interests** | - | - | - |
| **Total Equity** | (32,857,763) | 163,005 | (2,859,477) |
| **Total liabilities and stockholders' equity** | **$11,609,360** | **$188,169** | **$4,845,249** |

In re: Sorrento Therapeutics, Inc.                                        Case No.: 23-90085 (DRJ)

**Balance Sheets**
**For Controlled Non-Debtor Entities**
As of December 31, 2022
(Unaudited)
(in US Dollars)

|  | Elina Labs LLC | Elsie Biotechnologies, Inc | Immuneoncia therapeutics, Inc. |
|---|---|---|---|
| **ASSETS** | | | |
| **Current assets:** | | | |
| Cash and cash equivalents | $147,081 | $3,114,926 | $21,091,937 |
| Accounts receivable | - | - | 719,761 |
| Inventory | 266,524 | - | - |
| Prepaid expenses and other current assets | - | 83,703 | 1,108,924 |
| Intercompany receivables | - | - | - |
| **Total current assets** | **413,605** | **3,198,629** | **22,920,621** |
| Property and equipment, net | 320,792 | 524,975 | 321,585 |
| Operating lease right of use assets | - | - | 110,305 |
| Intangibles, net | - | - | 4,724,492 |
| Goodwill | - | - | - |
| Others, net | - | 31,619 | 138,734 |
| **Total assets** | **$734,396** | **$3,755,223** | **$28,215,738** |
| **LIABILITIES AND STOCKHOLDERS' EQUITY** | | | |
| **Current liabilities** | | | |
| Accounts payable | - | $115,503 | - |
| Accrued payroll and related benefits | - | 715,408 | - |
| Accrued expenses and other current liabilities | - | 90,051 | 1,217,645 |
| Current portion of deferred revenue | - | - | 1,538,859 |
| Acquisition consideration payable | - | - | - |
| Current portion of debt | - | - | - |
| Current portion of operating lease liabilities | - | - | 77,878 |
| **Total current liabilities** | **-** | **920,962** | **2,834,382** |
| Operating lease liabilities | - | - | - |
| Other long-term liabilities | - | - | 61,150,697 |
| **Total liabilities** | **-** | **$920,962** | **$63,985,079** |
| **Equity** | | | |
| Common stock | - | $225,295 | $20,627,200 |
| Preferred Stock | - | 10,445,722 | - |
| Additional paid-in capital | 1,012,072 | - | 22,130,877 |
| **Total accumulated deficit** | **(277,676)** | **(7,836,755)** | **(78,527,417)** |
| Cumulative Translation Adjustment | - | - | - |
| **Total stockholders' equity** | **734,396** | **2,834,262** | **(35,769,340)** |
| **Noncontrolling interests** | **-** | **-** | **-** |
| **Total Equity** | 734,396 | 2,834,262 | (35,769,340) |
| **Total liabilities and stockholders' equity** | **$734,396** | **$3,755,224** | **$28,215,738** |

In re: Sorrento Therapeutics, Inc.                                    Case No.: 23-90085 (DRJ)

**Balance Sheets**
**For Controlled Non-Debtor Entities**
As of December 31, 2022
(Unaudited)
(in US Dollars)

| | SmartPharm Therapeutics, Inc. | Sorrento Biologics, Inc. | Sorrento Therapeutics Mexico, S. de R.L. de C.V. |
|---|---|---|---|
| **ASSETS** | | | |
| **Current assets:** | | | |
| Cash and cash equivalents | $57,911 | - | $14,516 |
| Accounts receivable | - | - | 1,359,703 |
| Inventory | 583,024 | - | 10,717,013 |
| Prepaid expenses and other current assets | 11,736 | - | 310,232 |
| Intercompany receivables | 5,972,209 | 1,875 | (23,203,663) |
| **Total current assets** | **6,624,880** | **1,875** | **(10,802,199)** |
| Property and equipment, net | 57,663 | - | 576,906 |
| Operating lease right of use assets | 478,529 | - | 338,590 |
| Intangibles, net | 11,900,000 | - | - |
| Goodwill | - | - | - |
| Others, net | - | - | 42,696 |
| **Total assets** | **$19,061,073** | **$1,875** | **($9,844,007)** |
| **LIABILITIES AND STOCKHOLDERS' EQUITY** | | | |
| **Current liabilities** | | | |
| Accounts payable | $48,139 | - | $346,697 |
| Accrued payroll and related benefits | 10,334 | - | 33,063 |
| Accrued expenses and other current liabilities | 3,030,784 | - | 678,921 |
| Current portion of deferred revenue | - | - | - |
| Acquisition consideration payable | - | - | - |
| Current portion of debt | - | - | 292,495 |
| Current portion of operating lease liabilities | 293,399 | - | 68,139 |
| **Total current liabilities** | **3,382,656** | **-** | **1,419,315** |
| Operating lease liabilities | 185,130 | - | 221,453 |
| Other long-term liabilities | - | - | - |
| **Total liabilities** | **$3,567,786** | **-** | **$1,640,768** |
| **Equity** | | | |
| Common stock | - | $4,010 | - |
| Preferred Stock | - | - | - |
| Additional paid-in capital | 19,505,087 | 67,703 | 1,951,952 |
| **Total accumulated deficit** | **(4,011,801)** | **(69,838)** | **(13,584,075)** |
| Cumulative Translation Adjustment | - | - | 147,349 |
| **Total stockholders' equity** | **15,493,287** | **1,875** | **(11,484,774)** |
| **Noncontrolling interests** | - | - | - |
| **Total Equity** | **15,493,287** | **1,875** | **(11,484,774)** |
| **Total liabilities and stockholders' equity** | **$19,061,073** | **$1,875** | **($9,844,007)** |

In re: Sorrento Therapeutics, Inc.                                    Case No.: 23-90085 (DRJ)

**Balance Sheets**
**For Controlled Non-Debtor Entities**
As of December 31, 2022
(Unaudited)
(in US Dollars)

|  | TNK Therapeutics, Inc. | Virex Health, LLC | Zhengzhou Fortune Bioscience Co. LTD |
|---|---|---|---|
| **ASSETS** | | | |
| **Current assets:** | | | |
| Cash and cash equivalents | $323,700 | $294,937 | - |
| Accounts receivable | - | - | - |
| Inventory | - | - | - |
| Prepaid expenses and other current assets | 77,550 | 912 | - |
| Intercompany receivables | 142,210,593 | - | - |
| **Total current assets** | **142,611,843** | **295,849** | **-** |
| Property and equipment, net | - | 18,799 | - |
| Operating lease right of use assets | - | - | - |
| Intangibles, net | - | - | - |
| Goodwill | - | - | - |
| Others, net | 16,022,155 | - | - |
| **Total assets** | **$158,633,998** | **$314,648** | **-** |
| **LIABILITIES AND STOCKHOLDERS' EQUITY** | | | |
| **Current liabilities** | | | |
| Accounts payable | - | - | - |
| Accrued payroll and related benefits | - | - | - |
| Accrued expenses and other current liabilities | 62,070,597 | - | - |
| Current portion of deferred revenue | - | - | - |
| Acquisition consideration payable | 397,638 | - | - |
| Current portion of debt | - | - | - |
| Current portion of operating lease liabilities | - | - | - |
| **Total current liabilities** | **62,468,235** | **-** | **-** |
| Operating lease liabilities | - | - | - |
| Other long-term liabilities | 38,673 | - | - |
| **Total liabilities** | **$62,506,908** | **-** | **-** |
| **Equity** | | | |
| Common stock | $4,043 | $128 | - |
| Preferred Stock | - | - | - |
| Additional paid-in capital | (2,708,539) | 13,284,208 | - |
| **Total accumulated deficit** | 95,629,918 | (12,969,688) | - |
| Cumulative Translation Adjustment | - | - | - |
| **Total stockholders' equity** | 92,925,422 | 314,648 | - |
| **Noncontrolling interests** | 3,201,668 | - | - |
| **Total Equity** | 96,127,090 | 314,648 | - |
| **Total liabilities and stockholders' equity** | **$158,633,998** | **$314,648** | **-** |

In re: Sorrento Therapeutics, Inc.

Case No.: 23-90085 (DRJ)

**Balance Sheets**
**For Controlled Non-Debtor Entities**
As of March 31, 2023
(Unaudited)
(in US Dollars)

| | ACEA Therapeutics, Inc. | Adnab, Inc. | BioServ Corporation |
|---|---:|---:|---:|
| **ASSETS** | | | |
| **Current assets:** | | | |
| Cash and cash equivalents | $92,257 | $2,781 | $138,811 |
| Accounts receivable | 58,726 | - | 1,040,628 |
| Inventory | - | - | 817,568 |
| Prepaid expenses and other current assets | 110,578 | - | 90,408 |
| Intercompany receivables | 47,350,660 | - | 7,436,999 |
| **Total current assets** | **47,612,222** | **2,781** | **9,524,414** |
| Property and equipment, net | 258,261 | - | 3,219,004 |
| Operating lease right of use assets | - | - | 3,792,900 |
| Intangibles, net | - | - | 99,375 |
| Goodwill | - | - | 2,392,416 |
| Others, net | - | - | 88,125 |
| **Total assets** | **$47,870,483** | **$2,781** | **$19,116,235** |
| **LIABILITIES AND STOCKHOLDERS' EQUITY** | | | |
| **Current liabilities** | | | |
| Accounts payable | $7,241,819 | - | $239,882 |
| Accrued payroll and related benefits | 317,773 | - | 78,447 |
| Accrued expenses and other current liabilities | 33,669,917 | - | 13,365,363 |
| Current portion of deferred revenue | - | - | 29,331 |
| Acquisition consideration payable | - | - | - |
| Current portion of debt | - | - | - |
| Current portion of operating lease liabilities | - | - | 381,877 |
| **Total current liabilities** | **41,229,509** | **-** | **14,094,899** |
| Operating lease liabilities | - | - | 3,988,169 |
| Other long-term liabilities | - | - | - |
| **Total liabilities** | **$41,229,509** | **-** | **$18,083,069** |
| **Equity** | | | |
| Common stock | - | - | - |
| Preferred Stock | - | - | - |
| Additional paid-in capital | 39,204,422 | 3,032,467 | 3,600,000 |
| **Total accumulated deficit** | (32,563,448) | (3,029,686) | (2,566,833) |
| Cumulative Translation Adjustment | - | - | - |
| **Total stockholders' equity** | 6,640,974 | 2,781 | 1,033,167 |
| **Noncontrolling interests** | - | - | - |
| **Total Equity** | 6,640,974 | 2,781 | 1,033,167 |
| **Total liabilities and stockholders' equity** | **$47,870,483** | **$2,781** | **$19,116,235** |

In re: Sorrento Therapeutics, Inc.                                              Case No.: 23-90085 (DRJ)

**Balance Sheets**
**For Controlled Non-Debtor Entities**
As of March 31, 2023
(Unaudited)
(in US Dollars)

|  | Concortis Biosystems, Corp. | Cytimm Therapeutics, Inc. | Devarra Therapeutics, Inc |
|---|---|---|---|
| **ASSETS** | | | |
| **Current assets:** | | | |
| Cash and cash equivalents | $98,139 | $188,169 | $48,052 |
| Accounts receivable | - | - | - |
| Inventory | - | - | - |
| Prepaid expenses and other current assets | 3,797 | - | 1,174,148 |
| Intercompany receivables | 2,852,146 | - | - |
| **Total current assets** | **2,954,082** | **188,169** | **1,222,200** |
| Property and equipment, net | 533,546 | - | 645,059 |
| Operating lease right of use assets | - | - | - |
| Intangibles, net | 194,000 | - | - |
| Goodwill | 402,000 | - | - |
| Others, net | 7,576,100 | - | 2,946,957 |
| **Total assets** | **$11,659,728** | **$188,169** | **$4,814,216** |
| **LIABILITIES AND STOCKHOLDERS' EQUITY** | | | |
| **Current liabilities** | | | |
| Accounts payable | $71,834 | $12,639 | $2,076,487 |
| Accrued payroll and related benefits | 82,863 | - | - |
| Accrued expenses and other current liabilities | 44,400,251 | 12,638 | 5,821,072 |
| Current portion of deferred revenue | - | - | - |
| Acquisition consideration payable | - | - | - |
| Current portion of debt | - | - | - |
| Current portion of operating lease liabilities | - | - | - |
| **Total current liabilities** | **44,554,948** | **25,277** | **7,897,559** |
| Operating lease liabilities | - | - | - |
| Other long-term liabilities | 510,686 | - | 256,667 |
| **Total liabilities** | **$45,065,634** | **$25,277** | **$8,154,226** |
| **Equity** | | | |
| Common stock | - | - | - |
| Preferred Stock | - | - | - |
| Additional paid-in capital | - | 6,208,752 | - |
| **Total accumulated deficit** | (33,405,906) | (6,045,861) | - |
| Cumulative Translation Adjustment | - | - | - |
| **Total stockholders' equity** | (33,405,906) | 162,892 | (3,340,011) |
| **Noncontrolling interests** | - | - | - |
| **Total Equity** | (33,405,906) | 162,892 | (3,340,011) |
| **Total liabilities and stockholders' equity** | **$11,659,728** | **$188,169** | **$4,814,215** |

In re: Sorrento Therapeutics, Inc.                                                Case No.: 23-90085 (DRJ)

**Balance Sheets**
**For Controlled Non-Debtor Entities**
As of March 31, 2023
(Unaudited)
(in US Dollars)

| | Elina Labs LLC | Elsie Biotechnologies, Inc | Immuneoncia therapeutics, Inc. |
|---|---|---|---|
| **ASSETS** | | | |
| **Current assets:** | | | |
| Cash and cash equivalents | $173,329 | $1,582,623 | $18,741,585 |
| Accounts receivable | - | - | 145,295 |
| Inventory | 117,972 | - | - |
| Prepaid expenses and other current assets | - | 71,414 | 975,373 |
| Intercompany receivables | - | - | - |
| **Total current assets** | **291,301** | **1,654,037** | **19,862,253** |
| Property and equipment, net | 296,591 | 493,673 | 270,778 |
| Operating lease right of use assets | - | - | 53,396 |
| Intangibles, net | - | - | 4,483,816 |
| Goodwill | - | - | - |
| Others, net | - | 50,265 | 135,239 |
| **Total assets** | **$587,892** | **$2,197,975** | **$24,805,482** |
| **LIABILITIES AND STOCKHOLDERS' EQUITY** | | | |
| **Current liabilities** | | | |
| Accounts payable | - | $55,467 | - |
| Accrued payroll and related benefits | - | 491,052 | - |
| Accrued expenses and other current liabilities | - | 157,028 | 631,309 |
| Current portion of deferred revenue | - | - | 1,495,778 |
| Acquisition consideration payable | - | - | - |
| Current portion of debt | - | - | - |
| Current portion of operating lease liabilities | - | - | 37,835 |
| **Total current liabilities** | **-** | **703,547** | **2,164,923** |
| Operating lease liabilities | - | - | - |
| Other long-term liabilities | - | - | 64,646,001 |
| **Total liabilities** | **-** | **$703,547** | **$66,810,924** |
| **Equity** | | | |
| Common stock | - | $225,295 | $20,049,739 |
| Preferred Stock | - | 10,445,722 | - |
| Additional paid-in capital | 1,202,950 | - | 27,582,360 |
| **Total accumulated deficit** | **(615,059)** | **(9,176,588)** | **(89,637,541)** |
| Cumulative Translation Adjustment | - | - | - |
| **Total stockholders' equity** | **587,892** | **1,494,429** | **(42,005,442)** |
| **Noncontrolling interests** | **-** | **-** | **-** |
| **Total Equity** | **587,892** | **1,494,429** | **(42,005,442)** |
| **Total liabilities and stockholders' equity** | **$587,892** | **$2,197,976** | **$24,805,482** |

In re: Sorrento Therapeutics, Inc.                                    Case No.: 23-90085 (DRJ)

**Balance Sheets**
**For Controlled Non-Debtor Entities**
As of March 31, 2023
(Unaudited)
(in US Dollars)

| | SmartPharm Therapeutics, Inc. | Sorrento Biologics, Inc. | Sorrento Therapeutics Mexico, S. de R.L. de C.V. |
|---|---|---|---|
| **ASSETS** | | | |
| **Current assets:** | | | |
| Cash and cash equivalents | $15,120 | - | $25,245 |
| Accounts receivable | 1,776,530 | - | 1,131,682 |
| Inventory | - | - | 10,717,013 |
| Prepaid expenses and other current assets | 10,936 | - | 367,520 |
| Intercompany receivables | 5,972,209 | 1,875 | (23,058,034) |
| **Total current assets** | **7,774,795** | **1,875** | **(10,816,574)** |
| Property and equipment, net | 52,257 | - | 606,465 |
| Operating lease right of use assets | 407,894 | - | 293,580 |
| Intangibles, net | - | - | - |
| Goodwill | - | - | - |
| Others, net | - | - | 53,449 |
| **Total assets** | **$8,234,946** | **$1,875** | **($9,863,079)** |
| **LIABILITIES AND STOCKHOLDERS' EQUITY** | | | |
| **Current liabilities** | | | |
| Accounts payable | $35,593 | - | $363,064 |
| Accrued payroll and related benefits | 4,286 | - | 26,397 |
| Accrued expenses and other current liabilities | 3,278,663 | - | 755,136 |
| Current portion of deferred revenue | - | - | - |
| Acquisition consideration payable | - | - | - |
| Current portion of debt | - | - | 292,570 |
| Current portion of operating lease liabilities | 300,791 | - | 75,475 |
| **Total current liabilities** | **3,619,333** | **-** | **1,512,642** |
| Operating lease liabilities | 107,103 | - | 226,425 |
| Other long-term liabilities | - | - | - |
| **Total liabilities** | **$3,726,436** | **-** | **$1,739,066** |
| **Equity** | | | |
| Common stock | - | $4,010 | - |
| Preferred Stock | - | - | - |
| Additional paid-in capital | 19,505,087 | 67,703 | 1,951,952 |
| **Total accumulated deficit** | **(14,996,577)** | **(69,838)** | **(13,787,753)** |
| Cumulative Translation Adjustment | - | - | 233,656 |
| **Total stockholders' equity** | **4,508,510** | **1,875** | **(11,602,145)** |
| **Noncontrolling interests** | **-** | **-** | **-** |
| **Total Equity** | **4,508,510** | **1,875** | **(11,602,145)** |
| **Total liabilities and stockholders' equity** | **$8,234,946** | **$1,875** | **($9,863,079)** |

In re: Sorrento Therapeutics, Inc.                              Case No.: 23-90085 (DRJ)

**Balance Sheets**
**For Controlled Non-Debtor Entities**
As of March 31, 2023
(Unaudited)
(in US Dollars)

| | TNK Therapeutics, Inc. | Virex Health, LLC |
|---|---|---|
| **ASSETS** | | |
| **Current assets:** | | |
| Cash and cash equivalents | $170,018 | $294,937 |
| Accounts receivable | - | - |
| Inventory | - | - |
| Prepaid expenses and other current assets | 77,550 | 912 |
| Intercompany receivables | 142,364,667 | |
| **Total current assets** | **142,612,235** | **295,849** |
| Property and equipment, net | - | 18,799 |
| Operating lease right of use assets | - | - |
| Intangibles, net | - | - |
| Goodwill | - | - |
| Others, net | 16,022,155 | - |
| **Total assets** | **$158,634,390** | **$314,648** |
| **LIABILITIES AND STOCKHOLDERS' EQUITY** | | |
| **Current liabilities** | | |
| Accounts payable | - | - |
| Accrued payroll and related benefits | - | - |
| Accrued expenses and other current liabilities | 62,070,597 | - |
| Current portion of deferred revenue | - | - |
| Acquisition consideration payable | 397,638 | - |
| Current portion of debt | - | - |
| Current portion of operating lease liabilities | - | - |
| **Total current liabilities** | **62,468,235** | **-** |
| Operating lease liabilities | - | - |
| Other long-term liabilities | 38,673 | - |
| **Total liabilities** | **$62,506,908** | **-** |
| **Equity** | | |
| Common stock | $4,043 | $128 |
| Preferred Stock | - | - |
| Additional paid-in capital | (2,708,539) | 13,325,437 |
| **Total accumulated deficit** | 95,630,311 | (13,010,917) |
| Cumulative Translation Adjustment | - | - |
| **Total stockholders' equity** | 92,925,815 | 314,648 |
| **Noncontrolling interests** | 3,201,668 | - |
| **Total Equity** | 96,127,482 | 314,648 |
| **Total liabilities and stockholders' equity** | **$158,634,390** | **$314,648** |

Debtor Name   Sorrento Therapeutics, Inc.                                    Case number 23-90085 (DRJ)

**Exhibit A-2: Statement of Income (Loss) for the Fiscal Year Ended December 31, 2022 and Three Months Ended March 31, 2023**

**In re: Sorrento Therapeutics, Inc.**                                          **Case No.: 23-90085 (DRJ)**

**Statement of Income (Loss)**
**For Controlled Non-Debtor Entities**
For the Twelve Months Ended December 31, 2022
(Unaudited)
(in US Dollars)

| | ACEA Therapeutics, Inc. | Adnab, Inc. | BioServ Corporation |
|---|---|---|---|
| **Revenues:** | | | |
| Net product revenues | - | - | $277,824 |
| Service revenues | - | - | 4,943,519 |
| **Total revenues** | - | - | **5,221,343** |
| **Operating costs and expenses:** | | | |
| Cost of products sold | - | - | $122,472 |
| Cost of services | - | - | 2,048,842 |
| Research and development | 19,654,136 | 407,851 | 11,695 |
| Selling, general and administrative | - | 3,916 | 5,457,428 |
| Amortization and depreciation | - | - | 26,500 |
| Loss on Impairment of Assets | - | - | - |
| Total operating costs and expenses | 19,654,136 | 411,767 | 7,666,937 |
| Loss from operations | (19,654,136) | (411,767) | (2,445,594) |
| Loss on partial debt settlement | - | - | - |
| (Loss) gain on foreign currency exchange | - | - | - |
| Interest expense | 366 | - | - |
| Other expense (income) | - | - | (172,000) |
| Interest income | (25) | - | - |
| Loss before income tax | (19,654,477) | (411,767) | (2,273,594) |
| Income tax expense (benefit) | 1,226 | - | - |
| **Net Income (Loss)** | **($19,655,703)** | **($411,767)** | **($2,273,594)** |

**In re: Sorrento Therapeutics, Inc.**                                        **Case No.: 23-90085 (DRJ)**

**Statement of Income (Loss)**
**For Controlled Non-Debtor Entities**
For the Twelve Months Ended December 31, 2022
(Unaudited)
(in US Dollars)

| | Concortis Biosystems, Corp. | Cytimm Therapeutics, Inc. | Devarra Therapeutics, Inc |
|---|---:|---:|---:|
| **Revenues:** | | | |
| Net product revenues | - | - | - |
| Service revenues | - | - | - |
| **Total revenues** | - | - | - |
| **Operating costs and expenses:** | | | |
| Cost of products sold | - | - | - |
| Cost of services | 653 | | |
| Research and development | 2,419,382 | 177,746 | 319,483 |
| Selling, general and administrative | 4,923 | 1,297,209 | 6,322,512 |
| Amortization and depreciation | - | - | - |
| Loss on Impairment of Assets | - | - | - |
| Total operating costs and expenses | 2,424,957 | 1,474,955 | 6,641,995 |
| Loss from operations | (2,424,957) | (1,474,955) | (6,641,995) |
| Loss on partial debt settlement | - | - | - |
| (Loss) gain on foreign currency exchange | (2,870) | | - |
| Interest expense | - | - | 221,109 |
| Other expense (income) | - | - | - |
| Interest income | - | - | - |
| Loss before income tax | (2,422,087) | (1,474,955) | (6,863,104) |
| Income tax expense (benefit) | - | - | 36,600 |
| **Net Income (Loss)** | **($2,422,087)** | **($1,474,955)** | **($6,899,704)** |

**In re: Sorrento Therapeutics, Inc.**                                    **Case No.: 23-90085 (DRJ)**

**Statement of Income (Loss)**
**For Controlled Non-Debtor Entities**
For the Twelve Months Ended December 31, 2022
(Unaudited)
(in US Dollars)

| | Elina Labs LLC | Elsie Biotechnologies, Inc | Immuneoncia therapeutics, Inc. |
|---|---|---|---|
| **Revenues:** | | | |
| Net product revenues | - | - | $5,985,903 |
| Service revenues | 103,438 | - | - |
| **Total revenues** | **103,438** | **-** | **5,985,903** |
| **Operating costs and expenses:** | | | |
| Cost of products sold | $25,133 | - | - |
| Cost of services | - | - | - |
| Research and development | 62,171 | 4,349,070 | 9,639,394 |
| Selling, general and administrative | 261,542 | 1,974,854 | 7,756,779 |
| Amortization and depreciation | 32,268 | 111,828 | - |
| Loss on Impairment of Assets | - | - | - |
| Total operating costs and expenses | 381,114 | 6,435,752 | 17,396,173 |
| Loss from operations | (277,676) | (6,435,752) | (11,410,270) |
| Loss on partial debt settlement | - | - | - |
| (Loss) gain on foreign currency exchange | - | - | - |
| Interest expense | - | - | - |
| Other expense (income) | - | (42,317) | (14,256,934) |
| Interest income | - | - | - |
| Loss before income tax | (277,676) | (6,393,435) | 2,846,664 |
| Income tax expense (benefit) | - | - | - |
| **Net Income (Loss)** | **($277,676)** | **($6,393,435)** | **$2,846,664** |

**In re: Sorrento Therapeutics, Inc.**                                     **Case No.: 23-90085 (DRJ)**

**Statement of Income (Loss)**
**For Controlled Non-Debtor Entities**
For the Twelve Months Ended December 31, 2022
(Unaudited)
(in US Dollars)

| | SmartPharm Therapeutics, Inc. | Sorrento Biologics, Inc. | Sorrento Therapeutics Mexico, S. de R.L. de C.V. |
|---|---|---|---|
| **Revenues:** | | | |
| Net product revenues | - | - | $4,756,627 |
| Service revenues | 46,468 | - | - |
| **Total revenues** | **46,468** | **-** | **4,756,627** |
| **Operating costs and expenses:** | | | - |
| Cost of products sold | - | - | $16,784,918 |
| Cost of services | - | - | - |
| Research and development | 2,386,308 | - | - |
| Selling, general and administrative | - | - | 1,445,977 |
| Amortization and depreciation | - | - | - |
| Loss on Impairment of Assets | 1,400,000 | - | - |
| Total operating costs and expenses | 3,786,308 | - | 18,230,896 |
| Loss from operations | (3,739,840) | - | (13,474,269) |
| Loss on partial debt settlement | - | - | - |
| (Loss) gain on foreign currency exchange | - | - | (1,257,890) |
| Interest expense | - | - | - |
| Other expense (income) | - | - | 95,090 |
| Interest income | - | - | - |
| Loss before income tax | (3,739,840) | - | (12,311,469) |
| Income tax expense (benefit) | - | - | 284,063 |
| **Net Income (Loss)** | **($3,739,840)** | **-** | **($12,595,532)** |

**In re: Sorrento Therapeutics, Inc.**                                          **Case No.: 23-90085 (DRJ)**

**Statement of Income (Loss)**
**For Controlled Non-Debtor Entities**
For the Twelve Months Ended December 31, 2022
(Unaudited)
(in US Dollars)

| | TNK Therapeutics, Inc. | Virex Health, LLC | Zhengzhou Fortune Bioscience Co. LTD |
|---|---|---|---|
| **Revenues:** | | | |
| Net product revenues | - | - | $2,173,757 |
| Service revenues | - | - | 204,441 |
| **Total revenues** | - | - | **2,378,198** |
| **Operating costs and expenses:** | | | |
| Cost of products sold | - | - | $1,373,944 |
| Cost of services | - | - | - |
| Research and development | 144 | 12,308,254 | - |
| Selling, general and administrative | (117,450) | 661,435 | 1,582,902 |
| Amortization and depreciation | - | - | - |
| Loss on Impairment of Assets | - | - | - |
| Total operating costs and expenses | (117,307) | 12,969,688 | 2,956,846 |
| Loss from operations | 117,307 | (12,969,688) | (578,649) |
| Loss on partial debt settlement | (359,208) | - | - |
| (Loss) gain on foreign currency exchange | 48,395 | - | (234,790) |
| Interest expense | - | - | 23,899 |
| Other expense (income) | - | - | 134,259 |
| Interest income | (1,489) | - | (1,515) |
| Loss before income tax | 429,608 | (12,969,688) | (500,501) |
| Income tax expense (benefit) | - | - | 276,587 |
| **Net Income (Loss)** | **$429,608** | **($12,969,688)** | **($777,088)** |

**In re: Sorrento Therapeutics, Inc.**                    **Case No.: 23-90085 (DRJ)**

**Statement of Income (Loss)**
**For Controlled Non-Debtor Entities**
For the Three Months Ended March 31, 2023
(Unaudited)
(in US Dollars)

| | ACEA Therapeutics, Inc. | Adnab, Inc. | BioServ Corporation |
|---|---|---|---|
| **Revenues:** | | | |
| Net product revenues | - | - | $66,173 |
| Service revenues | - | - | 883,075 |
| **Total revenues** | **-** | **-** | **949,247** |
| **Operating costs and expenses:** | | | |
| Cost of products sold | - | - | $23,752 |
| Cost of services | - | - | 400,697 |
| Research and development | 6,093,618 | 340,142 | 113 |
| Selling, general and administrative | - | 450 | 1,573,165 |
| Amortization and depreciation | - | - | 6,625 |
| Loss on Impairment of Assets | - | - | - |
| Total operating costs and expenses | 6,093,618 | 340,592 | 2,004,352 |
| Loss from operations | (6,093,618) | (340,592) | (1,055,104) |
| (Loss) gain on foreign currency exchange | - | - | - |
| Interest expense | 37 | - | - |
| Other expense (income) | - | - | (8,000) |
| Interest income | (6) | - | - |
| Loss before income tax | (6,093,648) | (340,592) | (1,047,104) |
| Income tax expense (benefit) | - | - | - |
| **Net Income (Loss)** | **($6,093,648)** | **($340,592)** | **($1,047,104)** |

**In re: Sorrento Therapeutics, Inc.**                        **Case No.: 23-90085 (DRJ)**

**Statement of Income (Loss)**
**For Controlled Non-Debtor Entities**
For the Three Months Ended March 31, 2023
(Unaudited)
(in US Dollars)

| | Concortis Biosystems, Corp. | Cytimm Therapeutics, Inc. | Devarra Therapeutics, Inc |
|---|---|---|---|
| **Revenues:** | | | |
| Net product revenues | - | - | - |
| Service revenues | - | - | - |
| **Total revenues** | - | - | - |
| **Operating costs and expenses:** | | | |
| Cost of products sold | - | - | - |
| Cost of services | - | - | - |
| Research and development | 535,625 | 4,200 | - |
| Selling, general and administrative | 1,755 | 286,774 | 478,214 |
| Amortization and depreciation | - | - | - |
| Loss on Impairment of Assets | - | - | - |
| Total operating costs and expenses | 537,380 | 290,974 | 478,214 |
| Loss from operations | (537,380) | (290,974) | (478,214) |
| (Loss) gain on foreign currency exchange | - | - | - |
| Interest expense | - | - | 2,270 |
| Other expense (income) | - | - | - |
| Interest income | - | - | - |
| Loss before income tax | (537,380) | (290,974) | (480,484) |
| Income tax expense (benefit) | - | - | - |
| **Net Income (Loss)** | **($537,380)** | **($290,974)** | **($480,484)** |

**In re: Sorrento Therapeutics, Inc.**                                    **Case No.: 23-90085 (DRJ)**

**Statement of Income (Loss)**
**For Controlled Non-Debtor Entities**
For the Three Months Ended March 31, 2023
(Unaudited)
(in US Dollars)

|  | Elina Labs LLC | Elsie Biotechnologies, Inc | Immuneoncia therapeutics, Inc. |
|---|---|---|---|
| **Revenues:** | | | |
| Net product revenues | - | - | - |
| Service revenues | 14,983 | - | - |
| **Total revenues** | **14,983** | **-** | **-** |
| **Operating costs and expenses:** | | | |
| Cost of products sold | $148,552 | - | - |
| Cost of services | - | - | - |
| Research and development | 13,195 | 828,140 | 523,890 |
| Selling, general and administrative | 166,417 | 481,997 | 1,955,379 |
| Amortization and depreciation | 24,201 | 31,301 | - |
| Loss on Impairment of Assets | - | - | - |
| Total operating costs and expenses | 352,365 | 1,341,438 | 2,479,269 |
| Loss from operations | (337,383) | (1,341,438) | (2,479,269) |
| (Loss) gain on foreign currency exchange | - | - | - |
| Interest expense | - | - | - |
| Other expense (income) | - | (1,605) | (167,505) |
| Interest income | - | - | - |
| Loss before income tax | (337,383) | (1,339,833) | (2,311,764) |
| Income tax expense (benefit) | - | - | - |
| **Net Income (Loss)** | **($337,383)** | **($1,339,833)** | **($2,311,764)** |

**In re: Sorrento Therapeutics, Inc.**                                          **Case No.: 23-90085 (DRJ)**

**Statement of Income (Loss)**
**For Controlled Non-Debtor Entities**
For the Three Months Ended March 31, 2023
(Unaudited)
(in US Dollars)

| | SmartPharm Therapeutics, Inc. | Sorrento Biologics, Inc. | Sorrento Therapeutics Mexico, S. de R.L. de C.V. |
|---|---|---|---|
| **Revenues:** | | | |
| Net product revenues | - | - | $21,507 |
| Service revenues | 1,776,530 | - | - |
| **Total revenues** | **1,776,530** | **-** | **21,507** |
| **Operating costs and expenses:** | | | |
| Cost of products sold | - | - | $7,958 |
| Cost of services | - | - | - |
| Research and development | 861,858 | - | - |
| Selling, general and administrative | - | - | 354,252 |
| Amortization and depreciation | - | - | - |
| Loss on Impairment of Assets | 11,900,000 | - | - |
| Total operating costs and expenses | 12,761,858 | - | 362,210 |
| Loss from operations | (10,985,328) | - | (340,702) |
| (Loss) gain on foreign currency exchange | - | - | (180,427) |
| Interest expense | - | - | - |
| Other expense (income) | - | - | (268) |
| Interest income | - | - | - |
| Loss before income tax | (10,985,328) | - | (160,007) |
| Income tax expense (benefit) | - | - | (43,671) |
| **Net Income (Loss)** | **($10,985,328)** | **-** | **($203,678)** |

**In re: Sorrento Therapeutics, Inc.**                     **Case No.: 23-90085 (DRJ)**

**Statement of Income (Loss)**
**For Controlled Non-Debtor Entities**
For the Three Months Ended March 31, 2023
(Unaudited)
(in US Dollars)

| | TNK Therapeutics, Inc. | Virex Health, LLC |
|---|---:|---:|
| **Revenues:** | | |
| Net product revenues | - | - |
| Service revenues | - | - |
| **Total revenues** | - | - |
| **Operating costs and expenses:** | | |
| Cost of products sold | - | - |
| Cost of services | - | - |
| Research and development | 188 | (117,642) |
| Selling, general and administrative | - | 158,871 |
| Amortization and depreciation | - | - |
| Loss on Impairment of Assets | - | - |
| Total operating costs and expenses | 188 | 41,229 |
| Loss from operations | (188) | (41,229) |
| (Loss) gain on foreign currency exchange | (413) | - |
| Interest expense | - | - |
| Other expense (income) | - | - |
| Interest income | (167) | - |
| Loss before income tax | 393 | (41,229) |
| Income tax expense (benefit) | - | - |
| **Net Income (Loss)** | **$393** | **($41,229)** |

Debtor Name   Sorrento Therapeutics, Inc.                                      Case number 23-90085 (DRJ)

**Exhibit A-3: Statement of Cash Flows**

Not applicable.  *See* General Notes.

Debtor Name   Sorrento Therapeutics, Inc.                                    Case number 23-90085 (DRJ)

**Exhibit A-4: Statement of Changes in Shareholders'/Partners' Equity (*Deficit*)**

Not applicable.  *See* General Notes.

Debtor Name   Sorrento Therapeutics, Inc.                                    Case number 23-90085 (DRJ)

**Exhibit B: Description of Operations for Controlled Non-Debtor Entities**

In re: Sorrento Therapeutics, Inc.                                     Case No. 23-90085 (DRJ)

## Exhibit B

## Description of Operations for Controlled Non-Debtor Entities

| Name of Controlled Non-Debtor Entity | Description of Operations |
|---|---|
| ACEA Therapeutics, Inc. | ACEA Therapeutics, Inc. is a wholly owned subsidiary of Sorrento Therapeutics, Inc. ("Sorrento") and includes ACEA Therapeutics Ltd (HK), Zhejiang ACEA Pharmaceuticals Co LTD and Hangzhou ACEA Pharmaceutical Research Co Ltd. ACEA's operations include development of its lead compound, Abivertinib – a small molecule kinase inhibitor and drug manufacturing and commercial services in China. |
| Adnab, Inc. | Sorrento owns 70% equity interest in Adnab, Inc. Adnab's operations include research and development in the areas of hematological malignancies and solid tumors based on an exclusive technology license from the Mayo Clinic. |
| Ark Animal Health, Inc. | Ark Animal Health is a wholly owned subsidiary of Sorrento. Ark's operations include research and development devoted to developing resiniferatoxin (RTX) for various health indications and vaccines against recurrent staphylococcal infections. |
| BioServ Corporation | Bioserv is a wholly owned subsidiary of Sorrento. Bioserv is a leading cGMP contract manufacturing service provider whose core competencies are centered in aseptic and non-aseptic bulk formulation; filtration; filling; stoppering; lyophilization services; labeling; finished goods assembly; kitting and packaging; as well as controlled temperature storage and distribution services to support Pre-Clinical, Phase I and II Clinical Trial drug products, medical device reagents, medical diagnostic reagents and kits, and life science reagents. Bioserv provides contract manufacturing services related to finish and fill activities for drug products and reagents. |
| Concortis Biosystems, Corp. | Concortis Biosystems, Corp. is a wholly owned subsidiary of Sorrento providing |

**In re: Sorrento Therapeutics, Inc.**                    **Case No. 23-90085 (DRJ)**

| | |
|---|---|
| | Sorrento with a comprehensive technology platform to create a new generation of homogenous antibody drug conjugates (ADCs) with site-specific toxin conjugation and consistent drug-antibody ratios. Includes Levena Biopharma US Inc., Concortis Inc., Levena (Suzhou) Biopharma Co Ltd., Jiangsu Levena and Levena (Nanjing) Biopharma Co Ltd. Levena offers a broad range of Antibody-drug conjugates or ADCs from the initiation of an ADC project through cGMP manufacturing of ADCs to phase I/II clinical studies for its customers. |
| Cytimm Therapeutics, Inc. | Sorrento owns 50% equity interest in Cytimm Therapeutics, Inc. Cytimm has pre-clinical development programs relating to Immune-Oncology and Autoimmune disease. |
| Deverra Therapeutics, Inc. | Sorrento owns 25.34% equity interest in Deverra Therapeutics, Inc. Deverra's operations include developing allogeneic, off-the-shelf universal donor cellular immunotherapies for on-demand treatment of patients with cancer and infectious diseases. |
| Elina Labs LLC | Elina Labs LLC, a wholly owned subsidiary of Sorrento, provides clinical medical laboratory services. |
| Elsie Biotechnologies, Inc. | Sorrento owns 37.66% of equity interest in Elsie Biotechnologies, Inc. Elsie's operations include R&D relating to RNA therapeutics. |
| ImmuneOncia Therapeutics, Inc. | Sorrento owns 32.06% of equity interest in ImmuneOncia Therapeutics, Inc. Its operations include R&D relating to immune-oncology-centric biopharmaceuticals. |
| Scintilla Health, Inc. | Sorrento owns 80% of equity interest in Scintilla Health, Inc. Scintilla Health's operations include research and development of CBD formulation. |
| SmartPharm Therapeutics, Inc. | Smartpharm Therapeutics, Inc. is a wholly owned subsidiary of Sorrento. Its operations include development of non-viral DNA and RNA gene delivery platforms for COVID-19 and rare diseases with broad potential application in enhancing any antibody-centric therapeutics. |
| SNAN Holding Company LLC | Holding company for Sorrento's Nant entity investments. |

**In re: Sorrento Therapeutics, Inc.**                    **Case No. 23-90085 (DRJ)**

| | |
|---|---|
| Sorrento Biologics, Inc. | Sorrento Biologics, Inc. is a wholly owned subsidiary of Sorrento. Its operations include research and development of the biosimilar/biobetter products. Sorrento Biologics is advancing four late-stage clinical products towards commercialization, STI-001 (Erbitux biosimilar/Biobetter), STI-002 (Remicade biosimilar/biobetter), STI-003 (Simulect biosimilar/Biobetter), and STI-004 (Xolair Biosimilar). |
| Sorrento Capital Acquisition Corp I | SPAC related entity for purposes of implementing SPAC/deSPAC transaction. |
| Sorrento Holding Company | SPAC related entity for purposes of implementing SPAC/deSPAC transaction. |
| Sorrento Therapeutics, Inc. Hong Kong Limited | Sorrento Therapeutics, Inc. Hong Kong Limited is a wholly owned subsidiary of Sorrento. This is a dormant entity. |
| Sorrento Therapeutics Mexico, S. de R.L. de C.V. | Sorrento owns 66.7% of equity interest in Sorrento Therapeutics Mexico. Sorrento Therapeutics Mexico supports the clinical development and registration of multiple COVID-19 related products Sorrento plans to develop and commercialize in Mexico and other Latin America territories. |
| TNK Therapeutics, Inc. | TNK Therapeutics, Inc. is a wholly owned subsidiary of Sorrento. Its operations include research and development of CAR.TNKs (Chimeric Antigen Receptor Tumor-attacking Neukoplast®) as well as other complementary cellular and immunotherapies targeting both solid tumors and hematological malignancies. Includes CARgenix Holdings LLC, Siniwest Holding Corp, BDL Product Inc., Virttu Biologics Limited and Sorrento Therapeutics (Shanghai) Co Ltd. |
| Vavotar Life Sciences LLC | Vavator Life Sciences LLC is a wholly owned subsidiary of Sorrento. Strategic partnership for the development of an antibody drug conjugate ("ADC"), VLS-202. |
| Virex Health, Inc. | Virex Health, Inc. is a wholly owned subsidiary of Sorrento. Virex's operations include the development and commercialization of powerful and broadly applicable at-home diagnostic platform. |
| Zhengzhou Fortune Bioscience Co., Ltd. | Contract manufacturing services. |

**In re: Sorrento Therapeutics, Inc.**                    **Case No. 23-90085 (DRJ)**

Sources:

https://sorrentotherapeutics.com/acea-therapeutics/
https://sorrentotherapeutics.com/research/immuno-oncology/adnab/
https://www.arkanimalhealth.com/
https://sorrentotherapeutics.com/bioserv/
https://sorrentotherapeutics.com/sorrento-therapeutics-completes-acquisition-of-concortis-biosystems/
https://tracxn.com/d/companies/tnk-therapeutics/__hn_pufDkgbTxZzxsDpIDyuoE1SxS-wjFLj2vbWbpwSI#:~:text=TNK%20Therapeutics%2C%20a%20subsidiary%20of,solid%20tumours%20and%20haematological%20malignancies

Debtor Name   Sorrento Therapeutics, Inc.                                    Case number 23-90085 (DRJ)

**Exhibit C: Description of Intercompany Claims**

In re: Sorrento Therapeutics, Inc.                              Case No. 23-90085 (DRJ)

## Exhibit C

## Description of Intercompany Claims

| Name of Controlled Non-Debtor Entity | Description of Intercompany Claims |
|---|---|
| ACEA Therapeutics, Inc. | Intercompany transactions consist of Sorrento's funding of ACEA's local operating costs, license related to ACEA's Abivertinib with Sorrento as the licensee, chemistry, manufacturing and controls service between ACEA and Sorrento, clinical data sharing and co-development of COVID-19 therapies between ACEA and Sorrento. |
| Adnab, Inc. | No intercompany transactions. |
| Ark Animal Health, Inc. | No intercompany transactions. |
| Bioserv Corporation | Sorrento funds BioServ's working capital, employee payroll and benefits. |
| Concortis Biosystems, Corp. | Sorrento funds Concortis' employee payroll and benefits as well as working capital. |
| Cytimm Therapeutics, Inc. | No intercompany transactions. |
| Deverra Therapeutics, Inc. | No intercompany transactions. |
| Elina Labs LLC | No intercompany transactions. |
| Elsie Biotechnologies, Inc. | No intercompany transactions. |
| ImmuneOncia Therapeutics, Inc. | No intercompany transactions. |
| Scintilla Health, Inc. | No intercompany transactions. |
| SmartPharm Therapeutics, Inc. | Sorrento funds SmartPharm's DARPA project expenses and employee payroll and benefits. |
| SNAN Holding Company LLC | No intercompany transactions. |
| Sorrento Biologics, Inc. | No intercompany transactions. |
| Sorrento Capital Acquisition Corp I | No intercompany transactions. |
| Sorrento Holding Company | No intercompany transactions. |
| Sorrento Therapeutics Inc Hong Kong Limited | No intercompany transactions. |
| Sorrento Therapeutics Mexico, S. de R.L. de C.V. | Sorrento funds Sorrento Mexico's working capital. |
| TNK Therapeutics, Inc. | Intercompany transactions consist of Sorrento's investment in Celularity and funding of working capital. |
| Vavotar Life Sciences LLC | No intercompany transactions. |
| Virex Health, LLC | No intercompany transactions. |
| Zhengzhou Fortune Bioscience Co., Ltd. | No intercompany transactions. |

Historically these payables and receivables have not been settled.
The Debtors are not aware of any other claims of a Controlled Non-Debtor Entity against any other Controlled Non-Debtor Entity.

Debtor Name   Sorrento Therapeutics, Inc.                                    Case number 23-90085 (DRJ)

**Exhibit D: Allocation of Tax Liabilities and Assets**

The Debtors currently pay all applicable federal, state, and local income taxes on behalf of each domestic Controlled Non-Debtor Tax Legal Entity. Domestic taxes and losses are allocated to each Tax Legal Entity based upon their taxable income. Foreign Controlled Non-Debtor Entities record and pay their own foreign taxes where applicable. There are no tax sharing or tax allocation agreements with the Controlled Non-Debtor Entities.

Debtor Name   Sorrento Therapeutics, Inc.                                                    Case number 23-90085 (DRJ)

**Exhibit E: Description of Controlled Non-Debtor Entity's payments of Administrative Expenses, or Professional Fees otherwise payable by a Debtor**

Currently, there are no known payments made, or obligations incurred (or claims purchased) by any Controlled Non-Debtor Entity in connection with any claims, administrative expenses, or professional fees that have been or could be asserted against the Debtors.