Electronic Appearance Sheet

James Grogan, Paul Hastings LLP
Client(s): Scilex Holding Company Proposed DIP Lender

Georges Nehme, Pro Se, None, Pro Se
Client(s): investor

Confidential Equity Secured Creditor and Claimant How about "CESCC-0001"?, None.  Also, sorry to be so secretive — later tonight or tomorrow I will explain in a motion and proposed order.
Client(s): Leader of CESCC-0001

Mark Shinderman, Milbank LLP
Client(s): Official Committee of Unsecured Creditors

Nelly Almeida, Milbank LLP
Client(s): Official Committee of Unsecured Creditors

Beverly Weiss Manne, Tucker Arensberg P.C.
Client(s): Thermo Fisher Scientific Entities

Justin Rawlins, Paul Hastings
Client(s): Scilex

Caroline Reckler, Latham & Watkins LLP
Client(s): Debtors

Chris Harris, Latham & Watkins LLP
Client(s): Debtors

James Grogan, Paul Hastings LLP
Client(s): Scilex Holding Company, proposed Junior DIP Lender

Schlea Thomas, Paul Hastings LLP
Client(s): Scilex Holding Company, proposed Junior DIP Lender

Justin Rawlins, Paul Hastings LLP
Client(s): Scilex Holding Company, proposed Junior DIP Lender

Kristhy Peguero, Jackson Walker
Client(s): Debtor

Genevieve Graham, Jackson Walker
Client(s): Debtor

Jonathan Gordon, Latham & Watkins LLP
Client(s): Debtors

Bruce Bennett, Jones Day
Client(s): Interested Party

Electronic Appearance Sheet

Robert Hirsh, Lowenstein Sandler LLP
Client(s): JMB Capital Partners Lending - DIP Lender

Hector Duran, U.S. Department of Justice
Client(s): U.S. Trustee

Ryan Manns, Norton Rose Fulbright
Client(s): Official Committee of Unsecured Creditors

Shari Heyen, Greenberg Traurig LLP
Client(s): Official Equity Committee

Julie Harrison, Norton Rose Fulbright US LLP
Client(s): Official Committee of Unsecured Creditors

Patricia Tomasco, Quinn Emanuel Urquhart & Sullivan, LLP
Client(s): NantCell and Immunotherapy Nantibody

Andrew Glenn, Glenn Agre Bergman & Fuentes LLP
Client(s): Equity Committee

John Hutton, Greenberg Traurig
Client(s): Official Equity Committee

Justin Imperato, Arnold & Porter LLP
Client(s): HCP Life Science REIT, Inc. and HCP University Center West LLC

georges nehme, none
Client(s): investor