## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| SORRENTO THERAPEUTICS, INC., *et al.*,[1] | Case No. 23-90085 (DRJ) |
| | (Jointly Administered) |
| Debtors. | |

## FOURTH MONTHLY FEE STATEMENT OF SEAPORT GLOBAL SECURITIES, LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS INVESTMENT BANKER TO THE OFFICIAL COMMITTEE OF EQUITY SECURITIES HOLDERS FOR THE PERIOD FROM AUGUST 1, 2023 TO AUGUST 31, 2023

| Name of Applicant: | Seaport Global Securities, LLC | |
|---|---|---|
| Applicant's Role in Case: | Investment Banker to the Official Committee of Equity Securities Holders | |
| Date of Order of Employment Signed: | July 27, 2023 [Dkt. No. 1111] | |
| | **Beginning of Period** | **End of Period** |
| Time Period Covered by this Statement: | August 1, 2023 | August 31, 2023 |
| **Summary of Total Fees and Expenses Requested** | | |
| Total fees requested for payment in this statement | $12,000.00 | |
| Total expenses requested for payment in this statement | $0.00 | |
| Total fees and expenses requested for payment in this Statement (excludes 20% Fee Holdback) | $15,000.00 | |
| Total fees and expenses for the period covered by this statement (includes 20% Fee Holdback) | $12,000.00 | |

---

[1]   The Debtor entities in these chapter 11 cases, along with the last four digits of each Debtor entity's federal tax identification number, are:  Sorrento Therapeutics, Inc. (4842) and Scintilla Pharmaceuticals, Inc. (7956).  The Debtors' service address is:  4955 Directors Place, San Diego, CA 92121.

> **In accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* [Dkt. No. 442], each party receiving notice of the monthly fee statement will have until 4:00 p.m. (Prevailing Central Time), 14 days after service of the monthly fee statement to object to the requested fees and expenses. Upon the expiration of such 14-day period, the Debtor is authorized to pay the Professional an amount of 80% of the fees and 100% of the expenses requested in the applicable monthly fee statement.**

Pursuant to §§ 327, 330 and 331 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 2016-1 of the Bankruptcy Local Rules for the Southern District of Texas (the "Local Bankruptcy Rules"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [Dkt. No. 442] (the "Interim Compensation Order"), Seaport Global Securities, LLC ("Seaport"), as Investment Banker to the Official Committee of Equity Securities Holders (the "Equity Committee"), hereby files its *Fourth Monthly Fee Statement of Seaport Global Securities, LLC for Compensation for Services Rendered and Reimbursement of Expenses As Investment Banker to the Official  Committee Of Equity Securities Holders for the Period From August 1, 2023 to August 31, 2023* (the "Monthly Fee Statement").[2]

1.      By this Monthly Fee Statement, and pursuant to the Interim Compensation Order, Seaport seeks payment of $12,000 (80% of $15,000) as compensation for professional services rendered to the Equity Committee during the period from August 1, 2023 through August 31, 2023 (the "Fee Period"); and reimbursement of actual and necessary expenses in the amount of $0, for a total amount of $12,000 to be paid upon expiration of the objection deadline for this Monthly Fee Statement.

---

[2]   Capitalized terms used but not otherwise defined herein have the meaning ascribed to them in the Interim Compensation Order.

2.      In support of this Monthly Fee Statement, Seaport submits an Invoice of Fees and Expenses for the Fee Period, attached hereto as **Exhibit A**.

3.      Pursuant to the Interim Compensation Order, any party objecting to the payment of the compensation and reimbursement of expenses requested herein shall serve via email to Seaport, and the Application Recipients (as defined in the Interim Compensation Order), a written notice setting forth the precise nature of the objection and the amount at issue (the "Notice of Objection") on or before 4:00 p.m. (prevailing Central Time) fourteen (14) days after service of this Monthly Fee Statement.

4.      Although Seaport has used its reasonable best efforts to include all fees and expenses incurred in the Fee Period, some fees and expenses might not be included in this Monthly Fee Statement due to delays caused by accounting and processing during the Fee Period. Seaport reserves the right to seek payment of such fees and expenses not included herein. Subsequent monthly fee statements will be submitted in accordance with the Bankruptcy Code, the Bankruptcy Rules, the Local Bankruptcy Rules, and the Interim Compensation Order.

5.      Pursuant to the Interim Compensation Order, notice of this Fee Statement will be provided to the following Application Recipients: (a) the Debtors, 4955 Directors Place, San Diego, CA 92121, Attn: Stacy Park (Stacy.Park@sorrentotherapeutics.com); (b) counsel to the Debtors, Latham & Watkins LLP, 330 N. Wabash, Suite 2800, Chicago, IL, 60611, Attn: Ebba Gebisa (ebba.gebisa@lw.com) and Jonathan Gordon (jonathan.gordon@lw.com); (c) the Office of the U.S. Trustee, 515 Rusk Street, Suite 3516, Houston, TX, 77002, Attn: Hector Duran Jr. (Hector.Duran.Jr@usdoj.gov); (d) counsel to Oramed Pharmaceuticals, Inc., Proskauer Rose LLP, Eleven Times Square, New York, NY, 10036, Attn: Ehud Barak (ebarak@proskauer.com) and Steve Ma (sma@proskauer.com); (e) counsel to Scilex Holding Co., Paul Hastings, 600 Travis St.

Floor 58, Houston, TX 77002, Attn: James Grogan (jamesgrogan@paulhastings.com); and

(f) counsel to the Unsecured Creditors' Committee, Milbank LLP, 2029 Century Park East, 33rd

Floor, Los Angeles, CA, 90067, Attn: Mark Shinderman (mshinderman@milbank.com), Nelly

Almeida (nalmeida@milbank.com), and Mohammad Tehrani (mtehrani@milbank.com).

Dated: September 18, 2023
New York, New York

SEAPORT GLOBAL SECURITIES, LLC

By: /s/ *Rebwar Berzinji*
      Rebwar Berzinji
      Managing Director
      Seaport Global Securities, LLC

## **EXHIBIT A**

**Invoice of Fees and Expenses**





**INVOICE**

## Seaport Global Securities

650 Poydras Street Suite 2715
New Orleans, LA 70130
Phone: (504) 410-8141

INVOICE #: **INV-09393**
DATE: **08**/01/2023
TERMS: **DUE ON RECEIPT**
DUE DATE: **08**/01/2023

**BILL TO:**
Sorrento Therapeutics, Inc.
4955 Directors Place
San Diego, CA 92121

| INVOICE MESSAGE |
| --- |
| Monthly Retainer Fees in accordance with Section 5.a. of the Engagement Letter dated April 27, 2023 |

| SERVICES PERFORMED | AMOUNT DUE |
| --- | --- |
| Monthly Retainer - August 2023 | $15,000.00 |
| TOTAL | $15,000.00 |

*Kindly wire your USD payment to:*

Bank:
Swift Code:
ABA Number:
Account Number:
Account Name:
Reference: