**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| SORRENTO THERAPEUTICS INC., *et al*.[1] | ) Case No. 23-90085 (CML) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

**AGENDA FOR HEARING SCHEDULED FOR**
**OCTOBER 18, 2023, AT 12:00 P.M. (PREVAILING CENTRAL TIME)**

> **Audio communication will be by use of the Court's dial-in facility. You may access the facility at (832) 917-1510. Once connected, you will be asked to enter the conference room number. Judge Lopez's conference room number is 590153. Video communication will be by use of the GoToMeeting platform. Connect via the free GoToMeeting application or click the link on Judge Lopez's home page. The meeting code is "JudgeLopez". Click the settings icon in the upper right corner and enter your name under the personal information setting.**
>
> **Hearing appearances must be made electronically in advance of both electronic and in-person hearings. To make your appearance, click the "Electronic Appearance" link on Judge Lopez's home page. Select the case name, complete the required fields and click "Submit" to complete your appearance.**

The above-captioned debtors and debtors in possession (collectively, the "Debtors")

hereby file their agenda for matters set for hearing on October 18, 2023, at 12:00 p.m. (CT).

1. **Solicitation Motion**. Debtors' Emergency Motion for Entry of an Order (I) Conditionally Approving Disclosure Statement; (II) Scheduling Combined Hearing on (A) Adequacy of the Disclosure Statement and (B) Confirmation of the Plan; (III) Fixing Deadline to Object to the Disclosure Statement and Plan; (IV) Approving (A) Solicitation Procedures and Ballots, (B) Form and Manner of Notice of Combined Hearing and Objection Deadline, (C) Notice of Non-Voting Status, and (D) Deadline for Rule 3018(a) Motions; (V) Approving Procedures for Rejection and Assumption of Contracts and Leases; and (VI) Granting Related Relief [Docket No. 1406]

   **Status:** This matter is going forward.

---

[1] The Debtor entities in these chapter 11 cases, along with the last four digits of each Debtor entity's federal tax identification number, are: Sorrento Therapeutics, Inc. (4842) and Scintilla Pharmaceuticals, Inc. (7956). The Debtors' service address is: 4955 Directors Place, San Diego, CA 92121.

**Related Documents:**

    a.    Debtors' Witness and Exhibit List [Docket No. 1415]

    b.    Joint Plan of Liquidation of Sorrento Therapeutics, Inc. and Scintilla Pharmaceuticals, Inc. Under Chapter 11 of the Bankruptcy Code, dated October 11, 2023 [Docket No. 1404]

    c.    Disclosure Statement for Joint Plan of Liquidation of Sorrento Therapeutics, Inc. and Scintilla Pharmaceuticals, Inc. Under Chapter 11 of the Bankruptcy Code, dated October 11, 2023 [Docket No. 1405]

    d.    The Debtors intend to file a revised Plan, Disclosure Statement, and proposed Scheduling Order prior to the hearing.

**2.**     **Exclusivity Motion.** Debtors' Emergency Motion for Entry of a Fourth Order Extending Their Exclusive Periods to File and Solicit a Plan [Docket No. 1410]

**Status:** This matter is going forward.

**Related Documents:**

    a.    Debtors' Witness and Exhibit List [Docket No. 1415]

    b.    [Revised Proposed] Fourth Order Extending the Debtors' Exclusive Periods to File and Solicit a Plan [Docket No. 1425]

**3.**     **Yuhan Sale Motion.** Debtors' Emergency Motion for Entry of an Order (I) Approving Sale of Certain Assets to Yuhan Corporation Free and Clear of All Liens, Claims, Interests, and Encumbrances, (II) Approving the Assumption and Assignment of Certain Executory Contracts, and (III) Granting Related Relief [Docket No. 1399]

**Status:** This matter is going forward.

**Related Documents:**

    a.    Debtors' Witness and Exhibit List [Docket No. 1415]

    b.    Order (I) Approving Bid Procedures, (II) Approving Assumption and Assignment Procedures, and (III) Granting Related Relief [Docket No. 447]

    c.    [Revised Proposed] Order (I) Approving Sale of Certain Assets to Yuhan Corporation Free and Clear of All Liens, Claims, Interests, and Encumbrances, (II) Approving the Assumption and Assignment

US-DOCS\144795339.2

of Certain Executory Contracts, and (III) Granting Related Relief
[Docket No. 1424]

US-DOCS\144795339.2

Dated: October 17, 2023

/s/  *Kristhy M. Peguero*

**JACKSON WALKER LLP**
Matthew D. Cavenaugh (TX Bar No. 24062656)
Kristhy M. Peguero (TX Bar No. 24102776)
Genevieve M. Graham (TX Bar No. 24085340)
1401 McKinney Street, Suite 1900
Houston, TX 77010
Telephone:  (713) 752-4200
Facsimile:  (713) 752-4221
Email: mcavenaugh@jw.com
         kpeguero@jw.com
         ggraham@jw.com

– and –

Caroline Reckler (S.D. Tex. Bar No. IL6275746)
Ebba Gebisa (admitted *pro hac vice*)
Jonathan Gordon (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Telephone: (312) 876-7700
Facsimile:  (312) 993-9667
Email:  caroline.reckler@lw.com
         ebba.gebisa@lw.com
         jonathan.gordon@lw.com

– and –

Jeffrey E. Bjork (admitted *pro hac vice*)
Kimberly A. Posin (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
355 South Grand Avenue, Suite 100
Los Angeles, CA 90071
Telephone: (213) 485-1234
Facsimile:  (213) 891-8763
Email:  jeff.bjork@lw.com
         kim.posin@lw.com

*Counsel to the Debtors*

## **<u>Certificate of Service</u>**

I certify that, on October 17, 2023, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

/s/ *Kristhy M. Peguero*
Kristhy M. Peguero