United States Bankruptcy Court
Southern District of Texas
**ENTERED**
October 24, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>SORRENTO THERAPEUTICS, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-90085 (CML)<br><br>(Jointly Administered) |

### ORDER ALLOWING INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES
[Relates to Dkt. No. 1362]

This Court considered the *Second Interim Application for Compensation and Reimbursement of Expenses* filed by Norton Rose Fulbright US LLP at Docket No. 1362. No party objected to the Application. Regardless, this Court conducted its own analysis of the fees and expenses requested in the Application and the applicable legal standards under Sections 330 and 331 of the Bankruptcy Code. The Court finds the Application should be granted.

Therefore, it is ORDERED that:

1. Norton Rose Fulbright US LLP is allowed interim compensation and reimbursement of expenses in the amount of $107,245.01 for the period set forth in the Application.

2. The Debtors are authorized to disburse any unpaid amounts allowed by paragraph 1 of this Order.

Signed: October 24, 2023

_____
Christopher Lopez
United States Bankruptcy Judge

---

[1] The Debtor entities in these chapter 11 cases, along with the last four digits of each Debtor entity's federal tax identification number, are: Sorrento Therapeutics, Inc. (4842) and Scintilla Pharmaceuticals, Inc. (7956). The Debtors' service address is: 4955 Directors Place, San Diego, CA 92121.