United States Bankruptcy Court
Southern District of Texas
**ENTERED**
November 02, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| SORRENTO THERAPEUTICS INC., *et al.*[1] | ) Case No. 23-90085 (CML) |
| Debtors. | ) (Jointly Administered) |

**ORDER GRANTING SECOND INTERIM FEE APPLICATION
OF LATHAM & WATKINS LLP FOR COMPENSATION
FOR SERVICES RENDERED AND FOR REIMBURSEMENT
OF EXPENSES AS BANKRUPTCY CO-COUNSEL TO THE DEBTORS
FOR THE PERIOD FROM JUNE 1, 2023 THROUGH AUGUST 31, 2023**

The Court has considered the *Second Interim Application of Latham & Watkins LLP for Compensation for Services Rendered and for Reimbursement of Expenses as Bankruptcy Co-Counsel to the Debtors for the Period from June 1, 2023 through August 31, 2023* filed by Latham & Watkins LLP (the "Applicant"). The Court orders:

1. The Applicant is allowed interim compensation and reimbursement of expenses in the amount of $8,980,484.85 for the period set forth in the application.

2. The Debtors are authorized to disburse any unpaid amounts allowed by paragraph 1 of this Order.

Signed: November 01, 2023

Christopher Lopez
United States Bankruptcy Judge

---

[1] The Debtor entities in these chapter 11 cases, along with the last four digits of each Debtor entity's federal tax identification number, are: Sorrento Therapeutics, Inc. (4842) and Scintilla Pharmaceuticals, Inc. (7956). The Debtors' service address is: 4955 Directors Place, San Diego, CA 92121.

US-DOCS\144717697.3