## **EXHIBIT E**

**Emails Regarding the Board's Waiver of Privilege**

| | |
|---|---|
| **From:** | Caroline.Reckler@lw.com |
| **Sent:** | Sunday, November 12, 2023 10:19 PM |
| **To:** | justinrawlins@paulhastings.com; Andrew K. Glenn |
| **Cc:** | GABF Sorrento Team; mmeghji@m3-partners.com; Amy.Quartarolo@lw.com; CHRISTOPHER.HARRIS@lw.com; Steve.Feldman@lw.com |
| **Subject:** | RE: Sorrento—Imvestigation of Latham |

**[EXTERNAL EMAIL]** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Andrew, as you know my firm represents Henry as the Sorrento CEO and our directors in those roles in the Sorrento bankruptcy. It is an ethical violation for you to contact our clients, and we will raise it with the court if you do so again.

---

**From:** Rawlins, Justin <justinrawlins@paulhastings.com>
**Date:** Sunday, Nov 12, 2023 at 9:32 PM
**To:** Andrew K. Glenn <aglenn@glennagre.com>, Henry Ji <hji@sorrentotherapeutics.com>
**Cc:** GABF Sorrento Team <gabfsorrentoteam@glennagre.com>, Dan Vellon <dvellon@seaportglobal.com>, Rebwar Berzinji <RBerzinji@seaportglobal.com>, Sorrento Equity Committee <sorrentoequitycommittee@glennagre.com>, mmeghji@m3-partners.com <mmeghji@m3-partners.com>, Reckler, Caroline (CH-NY) <Caroline.Reckler@lw.com>
**Subject:** RE: Sorrento—Imvestigation of Latham

Andrew,

The board designated Mo with the power to run the Sorrento bankruptcy cases and Mo has been doing so, so I'm copying Mo and Caroline as this privilege question should involve Mo.  We also believe that it would be improper for the board to seek to override Mo with respect to waiver of the attorney client privilege.  Even if the board were the sole party involved with respect to waiver of the privilege, we also do not believe the board would do so.

Best,
Justin

**From:** Andrew K. Glenn <aglenn@glennagre.com>
**Sent:** Saturday, November 11, 2023 6:40 PM
**To:** Henry Ji <hji@sorrentotherapeutics.com>; Rawlins, Justin <justinrawlins@paulhastings.com>
**Cc:** GABF Sorrento Team <gabfsorrentoteam@glennagre.com>; Dan Vellon <dvellon@seaportglobal.com>; Rebwar Berzinji <RBerzinji@seaportglobal.com>; Sorrento Equity Committee <sorrentoequitycommittee@glennagre.com>
**Subject:** [EXT] Sorrento—Imvestigation of Latham

--- External Email ---

Henry,

We have been investigating Latham, its fees, and its relationship with Liz Freeman, who is now been disclosed to be Judge Jones's lover.

We noted that there are time entries on Latham's fee application including Liz, Freeman, and we have issued discovery request to Latham, and the other professionals to produce all communications and documents relating to Liz Freeman, who has no apparent role in this case.

We hereby request that the Board of Directors of Sorrento waive any privileges relating to any communications with a Liz Freeman, so that we can all see those communications, including text messages, and determine whether there was any inappropriate conduct relating to Judge Jones.

We asked that you convene a board meeting on Monday to memorialize this waiver.

Thank you very much.

_____

******************************Important Notice ******************************
This email and any files transmitted with it are confidential and may be subject to the attorney-client or other privileges. Use or disclosure of this email or any such files by anyone other than the intended recipient is prohibited. If you are not the intended recipient, please notify the sender immediately and delete this message from your system.


*********************************************************************************
This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments. If you reply to this message, Paul Hastings may collect personal information including your name, business name and other contact details, and IP address. For more information about Paul Hastings' information collection, privacy and security principles please click HERE. If you have any questions, please contact Privacy@paulhastings.com.

_____

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient.  Any review, disclosure, reliance or distribution by others or forwarding without express permission is strictly prohibited.  If you are not the intended recipient, please contact the sender and delete all copies including any attachments.

Latham & Watkins LLP or any of its affiliates may monitor electronic communications sent or received by our networks in order to protect our business and verify compliance with our policies and relevant legal requirements. Any personal information contained or referred to within this electronic communication will be processed in accordance with the firm's privacy notices and Global Privacy Standards available at www.lw.com.