**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SORRENTO THERAPEUTICS, INC., *et al.*[1] | ) | Case No. 23-90085 (CML) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**NOTICE OF STATUS CONFERENCE**

A status conference has been set for **November 28, 2023, at 3:30 p.m. (prevailing Central Time)** before Judge Christopher M. Lopez at the United States Bankruptcy Court, 515 Rusk Street, Courtroom 401, 4th Floor, Houston, TX 77002.

You may participate at the hearing either in person or by an audio and video connection. Audio communication will be by use of the Court's dial-in facility. You may access the facility at **(832) 917-1510**. Once connected, you will be asked to enter the conference room number. Judge Lopez's conference room number is **590153**. Video communication will be by use of the GoToMeeting platform. Connect via the free GoToMeeting application or click the link on Judge Lopez's homepage. The meeting code is "JudgeLopez". Click the settings icon in the upper right corner and enter your name under the personal information setting.

Hearing appearances must be made electronically in advance of both electronic and in-person hearings. To make your appearance, click the "Electronic Appearance" link on Judge Lopez homepage. Select the case name, complete the required fields and click "Submit" to complete your appearance.

All documents filed in these chapter 11 cases are available free of charge by visiting https://cases.stretto.com/Sorrento or by calling (833) 278-6637 (toll-free) or (949) 471-0454 (international). Copies of any pleadings or papers filed with the Court may be obtained by visiting the Court's website at https://ecf.txsb.uscourts.gov in accordance with the procedures and fees set forth therein.

---

[1] The Debtor entities in these chapter 11 cases, along with the last four digits of each Debtor entity's federal tax identification number, are: Sorrento Therapeutics, Inc. (4842); and Scintilla Pharmaceuticals, Inc. (7956). The Debtors' service address is: 4955 Directors Place, San Diego, CA 92121.

| | |
|---|---|
| Dated: November 28, 2023 | */s/ Kristhy M Peguero* <br> **JACKSON WALKER LLP** <br> Matthew D. Cavenaugh (TX Bar No. 24062656) <br> Kristhy M. Peguero (TX Bar No. 24102776) <br> Genevieve M. Graham (TX Bar No. 24085340) <br> 1401 McKinney Street, Suite 1900 <br> Houston, Texas 77010 <br> Telephone: (713) 752-4200 <br> Facsimile: (713) 752-4221 <br> Email: mcavenaugh@jw.com <br>       kpeguero@jw.com <br>       ggraham@jw.com <br><br> – and – <br><br> Caroline Reckler (S.D. Tex Bar No. IL6275746) <br> Ebba Gebisa (admitted *pro hac vice*) <br> Jonathan Gordon (admitted *pro hac vice*) <br> **LATHAM & WATKINS LLP** <br> 330 North Wabash Avenue, Suite 2800 <br> Chicago, IL 60611 <br> Telephone: (312) 876-7700 <br> Facsimile:  (312) 993-9667 <br> Email:  caroline.reckler@lw.com <br>       ebba.gebisa@lw.com <br>       jonathan.gordon@lw.com <br><br> – and – <br><br> Jeffrey E. Bjork (admitted *pro hac vice*) <br> Kimberly A. Posin (admitted *pro hac vice*) <br> **LATHAM & WATKINS LLP** <br> 355 South Grand Avenue, Suite 100 <br> Los Angeles, CA 90071 <br> Telephone: (213) 485-1234 <br> Facsimile:  (213) 891-8763 <br> Email:  jeff.bjork@lw.com <br>       kim.posin@lw.com <br><br> *Counsel to the Debtors* |

**Certificate of Service**

I certify that, on November 28, 2023, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

/s/ *Kristhy M. Peguero*
Kristhy M. Peguero

38263073v.1