Electronic Appearance Sheet

Caroline Reckler, Latham & Watkins
Client(s): Debtors

Chris Harris, Latham & Watkins
Client(s): Debtors

Charles Malloy, Arnold & Porter Kaye Scholer LLP
Client(s): HCP University Center West LLC and HCP Life Science REIT, Inc.

Timothy Culberson, The Culberson Law Office, PLLC
Client(s): Pro Se.

Matthew Probus, The Probus Law Firm
Client(s): Scilex Holding Company

James "Wes" Christian, Christian Attar, LLP
Client(s): Scilex Holding Company

Norman  Miller , Pro Se, None, Pro Se
Client(s): Shareholder

Ryan Manns, Norton Rose Fulbright
Client(s): Official Committee of Unsecured Creditors