IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| SORRENTO THERAPEUTICS, INC., *et al.*,[1] | Case No. 23-90085 (CML) |
| Debtors. | (Jointly Administered) |

## NOTICE OF APPEAL

Notice is hereby given that Appellant the Official Committee of Equity Securities Holders in the above-captioned Chapter 11 case (the "Equity Committee"), pursuant to 28 U.S.C. § 158(a)(1), and Rules 8002(a)(1) and 8003 of the Federal Rules of Bankruptcy Procedure, appeals to the United States District Court for the Southern District of Texas this Court's *Order Denying Motion For Rule 2004 Examination* [Dkt. No. 1688] (the "Order"), entered in this action on December 18, 2023. A copy of the Order is attached hereto as **Exhibit A**. A copy of the transcript of the hearing held on December 18, 2023, setting forth this Court's reasoning for entry of the Order is attached hereto as **Exhibit B**.

The parties to this Order, and the names, addresses, and telephone numbers of their respective attorneys, are as follows:

| Appellant | Appellant's Attorneys |
|---|---|
| Official Committee of Equity Securities Holders of Sorrento Therapeutics, Inc. | Andrew K. Glenn<br>Kurt A. Mayr<br>Shai Schmidt<br>Richard C. Ramirez<br>GLENN AGRE BERGMAN & FUENTES LLP<br>1185 Avenue of the Americas<br>New York, New York 10036 |

---

[1] The Debtor entities in these chapter 11 cases, along with the last four digits of each Debtor entity's federal tax identification number, are: Sorrento Therapeutics, Inc. (4842) and Scintilla Pharmaceuticals, Inc. (7956). The Debtors' service address is: 4955 Directors Place, San Diego, CA 92121.

| | |
|---|---|
| | Telephone: (212) 970-1601<br>Email: aglenn@glennagre.com<br>kmayr@glennagre.com<br>sschmidt@glennagre.com<br>rramirez@glennagre.com |
| **Appellee**<br><br>Sorrento Therapeutics, Inc. | **Appellees' Attorneys**<br><br>Matthew D. Cavenaugh<br>Kristhy M. Peguero<br>Genevieve M. Graham<br>JACKSON WALKER LLP<br>1401 McKinney Street, Suite 1900<br>Houston, Texas 77010<br>Telephone: (713) 752-4200<br>Facsimile: (713) 752-4221<br>Email: mcavenaugh@jw.com<br>kpeguero@jw.com<br>ggraham@jw.com<br><br>– and –<br><br>Caroline Reckler<br>Ebba Gebisa<br>Jonathan Gordon<br>LATHAM & WATKINS LLP<br>330 North Wabash Avenue, Suite 2800<br>Chicago, IL 60611<br>Telephone: (312) 876-7700<br>Facsimile: (312) 993-9667<br>Email: caroline.reckler@lw.com<br>ebba.gebisa@lw.com<br>jonathan.gordon@lw.com<br><br>– and –<br><br>Jeffrey E. Bjork<br>Kimberly A. Posin<br>LATHAM & WATKINS LLP<br>355 South Grand Avenue, Suite 100<br>Los Angeles, CA 90071<br>Telephone: (213) 485-1234<br>Facsimile: (213) 891-8763<br>Email: jeff.bjork@lw.com<br>kim.posin@lw.com |

2

| **Appellee** | **Appellee's Attorney** |
|---|---|
| Elizabeth Freeman | Tom Kirkendall<br>THE LAW OFFICE OF TOM KIRKENDALL<br>2 Violetta Court<br>The Woodlands, TX 77381<br>Telephone: (713) 703-3536<br>Email: bigtkirk@gmail.com |

Dated: January 2, 2024

                                      Respectfully submitted,

/s/ *Andrew K. Glenn*
**GLENN AGRE BERGMAN & FUENTES LLP**
Andrew K. Glenn (*pro hac vice*)
Kurt A. Mayr (*pro hac vice*)
Shai Schmidt (*pro hac vice*)
Richard C. Ramirez (*pro hac vice*)
1185 Avenue of the Americas
New York, New York 10036
Telephone: (212) 970-1601
Email: aglenn@glennagre.com
kmayr@glennagre.com
sschmidt@glennagre.com
rramirez@glennagre.com

*Counsel to the Official Committee of Equity Securities Holders*

3

**CERTIFICATE OF SERVICE**

    I certify that, on January 2, 2024, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                            */s/ Andrew K. Glenn*
                                            Andrew K. Glenn