**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| SORRENTO THERAPEUTICS, INC., *et al.*,[1] | Case No. 23-90085 (CML) |
| Debtors. | (Jointly Administered) |

**SUMMARY COVERSHEET TO THE THIRD INTERIM APPLICATION OF**
**NORTON ROSE FULBRIGHT US LLP FOR ALLOWANCE OF COMPENSATION**
**FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES**
**INCURRED AS TEXAS COUNSEL TO THE OFFICIAL COMMITTEE OF**
**UNSECURED CREDITORS FOR THE PERIOD FROM SEPTEMBER 1, 2023**
**THROUGH AND INCLUDING NOVEMBER 30, 2023**

| | | |
|---|---|---|
| **Name of Applicant:** | Norton Rose Fulbright US LLP ("NRF") | |
| **Applicant's Role in Case:** | Texas Counsel to Official Committee of Unsecured Creditors | |
| **Docket No. of Employment Order(s):** | April 24, 2023, *effective as of* March 7, 2023 [Dkt. No. 514] | |
| **Interim Application (X)    No. 3** **Final Application    (   )** | Indicate whether this is an interim or final Application.  If interim, indicate the number (1st, 2nd, 3rd, etc.) | |
| | **Beginning Date** | **End Date** |
| **Time period covered by this Application for which interim compensation has not previously been awarded:** | 9/1/2023 | 11/30/2023 |
| **Were the services provided necessary to the administration of or beneficial at the time rendered toward the completion of the case?  (Y)** | | |
| **Were the services performed in a reasonable amount of time commensurate with the complexity, importance and nature of the issues addressed? (Y)** | | |
| **Is the requested compensation reasonable based on the customary compensation charged by comparably skilled practitioners in other non-bankruptcy cases? (Y)** | | |

---

[1] The Debtor entities in these chapter 11 cases, along with the last four digits of each Debtor entity's federal tax identification number, are: Sorrento Therapeutics, Inc. (4842) and Scintilla Pharmaceuticals, Inc. (7956). The Debtors' service address is: 4955 Directors Place, San Diego, CA 92121.

| | |
|---|---|
| **Do expense reimbursements represent actual and necessary expenses incurred? (Y)** | |
| **Compensation Breakdown for Time Period Covered by this Application** | |
| **Total professional fees requested in this Application:** | $81,778.00 |
| **Total professional hours covered by this Application:** | 91.10 |
| **Average hourly rate for professionals:** | $841.67 |
| **Total paraprofessional fees requested in this Application:** | $1,657.50 |
| **Total paraprofessional hours covered by this Application:** | 5.1 |
| **Average hourly rate for paraprofessionals:** | $325.00 |
| **Total fees requested in this Application:** | $83,435.50 |
| **Total expense reimbursements requested in this Application:** | $139.20 |
| **Total fees and expenses requested in this Application:** | $83,574.70 |
| **Total fees and expenses awarded in all prior Applications:** | $245,510.69 |

**Plan Status:** On November 30, 2023, the Bankruptcy Court entered an order confirming the Debtors' chapter 11 plan of liquidation [Dkt. No. 1616]. The Debtors do not expect the plan to go effective until approximately April 2024.

**Primary Benefits:** During the Chapter 11 case, NRF has assisted co-counsel, Milbank LLP, to diligently represent and advise the Committee on a variety of complex matters and issues, including various second day pleadings, debtor-in-possession financing, appointment of an equity committee, employment and retention matters, stock sales and procedures, Rule 2004 discovery, judicial mediation, asset sales including an auction and two sale hearings, disclosure statement drafting and negotiation, plan negotiation, plan confirmation, and post-confirmation issues, including pursuit of potential avoidance actions.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| SORRENTO THERAPEUTICS, INC., *et al.*,[1] | Case No. 23-90085 (DRJ) |
| Debtors. | (Jointly Administered) |

**THIRD INTERIM APPLICATION OF NORTON ROSE FULBRIGHT US LLP FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS TEXAS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM <u>SEPTEMBER 1, 2023 THROUGH AND INCLUDING NOVEMBER 30, 2023</u>**

**IF YOU OBJECT TO THE RELIEF REQUESTED, YOU MUST RESPOND IN WRITING. UNLESS OTHERWISE DIRECTED BY THE COURT, YOU MUST FILE YOUR RESPONSE ELECTRONICALLY AT HTTPS://ECF.TXSB.USCOURTS.GOV/ WITHIN TWENTY-ONE DAYS FROM THE DATE THIS MOTION WAS FILED. IF YOU DO NOT HAVE ELECTRONIC FILING PRIVILEGES, YOU MUST FILE A WRITTEN OBJECTION THAT IS ACTUALLY RECEIVED BY THE CLERK WITHIN TWENTY-ONE DAYS FROM THE DATE THIS MOTION WAS FILED. OTHERWISE, THE COURT MAY TREAT THE PLEADING AS UNOPPOSED AND GRANT THE RELIEF REQUESTED**

Pursuant to sections 330 and 331 of title 11 of the United States Code (the "<u>Bankruptcy Code</u>"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "<u>Bankruptcy Rules</u>"), Rule 2016-1 of the Bankruptcy Local Rules for the Southern District of Texas (the "<u>Bankruptcy Local Rules</u>"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* [Dkt. No. 442] (the "<u>Interim Compensation Order</u>"), Norton Rose Fulbright US LLP ("<u>NRF</u>") hereby submits its third interim fee application (this "<u>Application</u>")

---

[1] The Debtor entities in these chapter 11 cases, along with the last four digits of each Debtor entity's federal tax identification number, are: Sorrento Therapeutics, Inc. (4842) and Scintilla Pharmaceuticals, Inc. (7956). The Debtors' service address is: 4955 Directors Place, San Diego, CA 92121.

for allowance of compensation for services rendered and reimbursement of expenses as Texas counsel to the Official Committee of Unsecured Creditors of Sorrento Therapeutics, Inc., *et al*.

In support of this Application, NRF attaches the following exhibits:

- **Exhibit A:** Seventh Monthly Fee Statement of Norton Rose Fulbright US LLP for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Texas Counsel to the Official Committee of Unsecured Creditors from September 1, 2023 to September 30, 2023

- **Exhibit B:** Eighth Monthly Fee Statement of Norton Rose Fulbright US LLP for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Texas Counsel to the Official Committee of Unsecured Creditors from October 1, 2023 to October 31, 2023

- **Exhibit C:** Ninth Monthly Fee Statement of Norton Rose Fulbright US LLP for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Texas Counsel to the Official Committee of Unsecured Creditors from November 1, 2023 to November 30, 2023

Dated: January 5, 2024
       Houston, Texas

Respectfully submitted,

**NORTON ROSE FULBRIGHT US LLP**

By: */s/ Ryan Manns*
Ryan Manns (SBT 240413914)
Julie G. Harrison (SBT 24092434)
1301 McKinney Street, Suite 5100
Houston, TX 77010
Telephone: (713) 651-5151
Facsimile: (713) 651-5246
Email: ryan.manns@nortonrosefulbright.com
Email: julie.harrison@nortonrosefulbright.com

*Texas Counsel for the Official Committee of Unsecured Creditors*

**<u>CERTIFICATE OF SERVICE</u>**

I certify that on January 5, 2024, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

 _/s/ Julie Harrison_
Julie Harrison

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| SORRENTO THERAPEUTICS, INC., *ET AL.*,[1] | Case No. 23-90085 (DRJ) |
| Debtors. | (Jointly Administered) |

**SEVENTH MONTHLY FEE STATEMENT OF NORTON ROSE FULBRIGHT US LLP FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS TEXAS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FROM <u>SEPTEMBER 1, 2023 TO SEPTEMBER 30, 2023</u>**

| | |
|---|---|
| Name of applicant: | Norton Rose Fulbright US LLP |
| Role in case: | Texas Counsel to Official Committee of Unsecured Creditors |
| Date of retention: | April 24, 2023, *effective as of* March 7, 2023 [Dkt. No. 514] |
| Period covered: | September 1, 2023 through September 30, 2023 |
| Fees incurred: | $31,468.00 |
| 20% holdback: | $6,293.60 |
| Total fees incurred less 20% holdback: | $25,174.40 |
| Expenses incurred: | $139.20 |
| Total fees (80%) and expenses (100%) due:[2] | $25,313.60 |

---

[1] The Debtor entities in these chapter 11 cases, along with the last four digits of each Debtor entity's federal tax identification number, are: Sorrento Therapeutics, Inc. (4842) and Scintilla Pharmaceuticals, Inc. (7956). The Debtors' service address is: 4955 Directors Place, San Diego, CA 92121.

[2] Pursuant to this Court's *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* [Dlt. No. 442] (the "<u>Interim Compensation Order</u>"), if no objection to the fees or expenses sought in this Fee Statement is received by the expiration of the objection deadline, the Debtors are authorized to promptly pay 80% of the fees and 100% of the expenses identified in the Fee Statement.

- 1 –

> **In accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* [Dkt. No. 442], each party receiving notice of the monthly fee statement will have until 4:00 p.m. (Prevailing Central Time), 14 days after service of the monthly fee statement to object to the requested fees and expenses. Upon the expiration of such 14-day period, the Debtors are authorized to pay the Professional an amount of 80% of the fees and 100% of the expenses requested in the applicable monthly fee statement.**

Norton Rose Fulbright US LLP ("NRF"), as Texas Counsel for the Committee, hereby files this monthly fee statement (the "Fee Statement") for (a) compensation in the amount of $25,174.40 (80% of $31,468.00) for the reasonable and necessary legal services NRF rendered to the Committee from September 1, 2023 through and including September 30, 2023 (the "Compensation Period") and (b) reimbursement for 100% of the actual and necessary expenses that NRF incurred in the amount of $139.20 during the Compensation Period, for a total of $25,313.60.

1.      Attached as **Exhibit A** is a summary of hours and fees by task code.

2.      Attached as **Exhibit B** is a summary of reimbursement sought by expense type for all expenses for the Compensation Period incurred in connection with the performance of professional services.

3.      Attached as **Exhibit C** is NRF's itemized time records of its professionals and paraprofessionals and itemized records of reimbursement sought for the Compensation Period.

4.      This Monthly Fee Statement includes all the information and supporting detail regarding fees and expenses available to NRF at the time of the filing of this Monthly Fee Statement.  If additional information and supporting detail in connection with this Compensation Period should become available, as a result of delays in accounting processing or an inadvertence with respect to time or expenses entered in the accounting system, or any other reason, NRF

reserves the right to make an application to the Court for an allowance of such fees and expenses not included in this Monthly Statement.

WHEREFORE, NRF, in connection with services rendered on behalf of the Committee, respectfully requests (a) allowance of compensation and reimbursement in the amount of (i) $25,174.40 (80% of $31,468.00) and (ii) $139.20 for 100% of actual and necessary costs and expenses incurred during the Compensation Period and (b) payment of the forgoing sums.

Dated: October  10, 2023
        Houston, Texas

Respectfully submitted,

**NORTON ROSE FULBRIGHT US LLP**

By: */s/ Ryan Manns*
Ryan Manns (SBT 240413914)
Julie G. Harrison (SBT 24092434)
1301 McKinney Street, Suite 5100
Houston, TX 77010
Telephone: (713) 651-5151
Facsimile: (713) 651-5246
Email: ryan.manns@nortonrosefulbright.com
Email: julie.harrison@nortonrosefulbright.com

*Texas Counsel for the Official Committee of Unsecured Creditors*

<u>**CERTIFICATE OF SERVICE**</u>

I certify that on October 10, 2023, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

 */s/ Julie Harrison*
Julie Harrison

## EXHIBIT A

### COMPENSATION BY PROJECT CATEGORY
### SEPTEMBER 1, 2023 THROUGH SEPTEMBER 30, 2023

| Project Category | Total Hours | Total Fees |
|---|---|---|
| B110: Case Administration | 9.3 | $8,594.50 |
| B130: Asset Disposition | 2.8 | $2,512.00 |
| B150: Meetings of and Communications with Creditors | 16.9 | $15,371.00 |
| B160: Employment and Fee Applications | 5.1 | $3,763.50 |
| B170: Employment and Fee Objections | 0.5 | $475.00 |
| B230: Financing and Cash Collateral | 0.8 | $752.00 |
| **TOTAL** | **35.4** | **$31,468.00** |

**<u>EXHIBIT B</u>**

**EXPENSES FOR**
**<u>SEPTEMBER 1, 2023 THROUGH SEPTEMBER 30, 2023</u>**

| Description | Amount |
|:---:|:---:|
| Transcript | $139.20 |
| **Total:** | **$139.20** |

**EXHIBIT C**

**TIME DETAIL**

# INVOICE

**NORTON ROSE FULBRIGHT**

| | | Norton Rose Fulbright US LLP |
|---|---|---|
| **Invoice Number** | 9495475837 | 2200 Ross Avenue, Suite 3600 |
| **Matter Number** | 1001247357 | Dallas TX  75201 |
| **Invoice Date** | October 09, 2023 | Tel: +1 214-855-8000 |
| **NRF Contact** | Ryan E. Manns | Fax: +1 214-855-8200 |

Norton Rose Fulbright US LLP
2200 Ross Avenue, Suite 3600
Dallas TX  75201

Tel: +1 214-855-8000

Fax: +1 214-855-8200

www.nortonrosefulbright.com

Tax ID No. 74-1201087

Accounts Contact:
nrfusaccountsreceivable@nortonrosefulbright.com

**Official  Committee of Unsecured**
 **Creditors of Sorrento Therapeutics**
**3530 John Hopkins Ct.**
**San Diego CA  92121**

**Sorrento Therapeutics Bankruptcy**

Professional Services Rendered to September 30, 2023

Charges
USD

**SUMMARY**

| | |
|---|---|
| Fees | 31,468.00 |
| Disbursements | 139.20 |
| **TOTAL AMOUNT DUE AND PAYABLE** | **USD    31,607.20** |

Payable Upon Receipt
PAYMENT INFORMATION – Please reference the invoice number when remitting payment.

ELECTRONIC TRANSFER: to the account of Norton Rose Fulbright US LLP | HSBC |452 5th Avenue, New York, NY 10018 | Wire Routing Number 021001088 |
ACH Routing Number 022000020 | SWIFT MRMDUS33 | CHIPS ABA: 0108 | Account Number 827023227 ||
MAIL: Norton Rose Fulbright US LLP, Dept. 2613 | PO Box 122613 Dallas, TX 75312-2613 ||

This invoice may include fees and disbursements of the member firms of the Norton Rose Fulbright Verein.

Please be alert to the risks of cyber-crime and email impersonation attempts to redirect funds inappropriately. We will not under usual circumstances change
our bank account details during the course of a transaction. Any communication which you receive advising otherwise could be fraudulent and should urgently
be orally verified with your known contact at our firm, or a member of our Finance department.

# NORTON ROSE FULBRIGHT

| | | | | |
|---|---|---|---|---|
| **Invoice Date** | October 09, 2023 | **Invoice Number** | 9495475837 | **Page** 2 |
| **Matter Number** | 1001247357 | | | |
| **Matter Description** | Sorrento Therapeutics Bankruptcy | | | |

## TIME DETAILS

| DATE | NAME | HOURS | DESCRIPTION |
|---|---|---|---|
| 09/01/2023 | Harrison, J | 1.80 | Call with UCC and EC (1.3); related follow up with UCC (.5). |
| 09/01/2023 | Harrison, J | 0.10 | Confer with R. Manns and M. Tehrani regarding fee statements. |
| 09/01/2023 | Manns, R | 1.20 | Committee call with equity committee professionals. |
| 09/01/2023 | Manns, R | 0.50 | Participate on Committee call. |
| 09/03/2023 | Manns, R | 0.20 | Attention to multiple working group emails regarding sale updates and developments. |
| 09/06/2023 | Manns, R | 0.10 | Emails with Debtors' financial advisor regarding budget issues. |
| 09/07/2023 | Harrison, J | 0.70 | Attend UCC call. |
| 09/07/2023 | Harrison, J | 0.30 | Attention to numerous correspondence regarding mediation update. |
| 09/07/2023 | Manns, R | 0.20 | Attend call to discuss mediation update. |
| 09/07/2023 | Manns, R | 0.80 | Attend and participate on Committee call. |
| 09/08/2023 | Harrison, J | 0.80 | Attend mediation update call (.7); analysis of emails regarding same (.1). |
| 09/08/2023 | Harrison, J | 0.10 | Confer with M. Haverkamp regarding fee statement. |
| 09/08/2023 | Manns, R | 1.00 | Attend and participate on mediation update calls. |
| 09/09/2023 | Manns, R | 0.10 | Attention to multiple working group emails regarding status of mediation and sale negotiation updates. |
| 09/10/2023 | Manns, R | 0.30 | Review and analyze draft term sheet (.2); attention to multiple update emails regarding sale updates (.1). |
| 09/11/2023 | Mokrzycka, M | 1.30 | Review and revise BRG fee statement and file the same (.3); draft, revise, and file fourth monthly fee statement of NRF (.9); communication with R. Manns regarding the same (.1). |
| 09/11/2023 | Manns, R | 0.30 | Review emergency motion to approve Scilex sale. |
| 09/11/2023 | Manns, R | 0.20 | Multiple working group emails regarding fee statements. |
| 09/11/2023 | Manns, R | 0.10 | Review hearing agenda and witness and exhibit lists. |
| 09/11/2023 | Harrison, J | 0.20 | Analysis of emergency Scilex sale motion. |

Norton Rose Fulbright US LLP is a limited liability partnership registered under the laws of Texas.

Norton Rose Fulbright US LLP, Norton Rose Fulbright LLP, Norton Rose Fulbright Australia, Norton Rose Fulbright Canada LLP and Norton Rose Fulbright South Africa Inc are separate legal entities and all of them are members of Norton Rose Fulbright Verein, a Swiss verein. Norton Rose Fulbright Verein helps coordinate the activities of the members but does not itself provide legal services to clients. Details of each en ity, with certain regulatory information, are available at nortonrosefulbright.com.

# NORTON ROSE FULBRIGHT

| | | | |
|---|---|---|---|
| **Invoice Date** | October 09, 2023 | **Invoice Number** | 9495475837 | **Page** 3 |
| **Matter Number** | 1001247357 | | |
| **Matter Description** | Sorrento Therapeutics Bankruptcy | | |

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 09/12/2023 | Adams, K | 0.30 | Review bankruptcy docket; review Emergency Motion regarding objection to fees; update hearing information. |
| 09/12/2023 | Harrison, J | 0.80 | Attend sale hearing. |
| 09/12/2023 | Manns, R | 0.90 | Attend sale to Scilex approval hearing. |
| 09/13/2023 | Harrison, J | 0.10 | Analysis of withdrawal of objection to professional fees. |
| 09/13/2023 | Manns, R | 0.20 | Review status update and Committee call agenda. |
| 09/13/2023 | Manns, R | 0.30 | Emails regarding fee statements (.1); revisions to same (.2). |
| 09/13/2023 | Mokrzycka, M | 1.40 | Draft CNO for BRG fee application (.3); draft NRF's fifth monthly fee statement and file the same (.9); file NRF and Milbank fee statements (.1). |
| 09/14/2023 | Manns, R | 0.40 | Attend contested fee hearing. |
| 09/14/2023 | Manns, R | 0.90 | Attend and participate on Committee call. |
| 09/18/2023 | Manns, R | 0.20 | Working group emails regarding second interim fee application. |
| 09/19/2023 | Boland, J | 0.20 | Various emails with R. Manns regarding case update and ▇▇▇▇▇▇▇▇. |
| 09/19/2023 | Harrison, J | 0.10 | Confer with K. Sommerfeld regarding fee application. |
| 09/19/2023 | Manns, R | 1.20 | Review and analyze ▇▇▇▇▇▇▇▇▇▇▇ (.9); and multiple emails with working group regarding same (.3). |
| 09/20/2023 | Harrison, J | 0.40 | Draft second interim fee statement. |
| 09/20/2023 | Manns, R | 2.00 | Research on ▇▇▇▇▇▇▇▇▇. |
| 09/21/2023 | Manns, R | 0.20 | Review draft interim fee application. |
| 09/21/2023 | Manns, R | 0.90 | Attend and participate on Committee call. |
| 09/21/2023 | Manns, R | 0.30 | Review draft ▇▇▇▇▇. |
| 09/21/2023 | Manns, R | 0.10 | Attention to BRG wind down materials and asset sale update. |
| 09/21/2023 | Manns, R | 1.50 | Revisions to ▇▇▇▇▇▇▇ (.8); research in SDTX regarding same (.4); multiple emails with working group (.3) |
| 09/21/2023 | Harrison, J | 0.80 | Research regarding ▇▇▇▇▇▇▇ (.7); and related correspondence with R. Manns (.1). |
| 09/21/2023 | Harrison, J | 0.10 | Confer with M. Tehrani and R. Manns regarding fee statements. |

Norton Rose Fulbright US LLP is a limited liability partnership registered under the laws of Texas.

Norton Rose Fulbright US LLP, Norton Rose Fulbright LLP, Norton Rose Fulbright Australia, Norton Rose Fulbright Canada LLP and Norton Rose Fulbright South Africa Inc are separate legal entities and all of them are members of Norton Rose Fulbright Verein, a Swiss verein. Norton Rose Fulbright Verein helps coordinate the activities of the members but does not itself provide legal services to clients. Details of each entity, with certain regulatory information, are available at nortonrosefulbright.com.

**NORTON ROSE FULBRIGHT**

| Invoice Date | October 09, 2023 | | Invoice Number | 9495475837 | Page | 4 |
|---|---|---|---|---|---|---|
| Matter Number | 1001247357 | | | | | |
| Matter Description | Sorrento Therapeutics Bankruptcy | | | | | |

| | | | |
|---|---|---|---|
| 09/21/2023 | Harrison, J | 0.90 | Attend UCC call. |
| 09/21/2023 | Boland, J | 0.20 | Various emails with team regarding ██████████ ████████ and preliminary review of same. |
| 09/21/2023 | Adams, K | 0.20 | Review bankruptcy docket regarding recent filings; prepare update regarding emergency motion to extend exclusivity period. |
| 09/22/2023 | Harrison, J | 0.60 | Revise and file Milbank fee statement (.2); finalize and file Milbank and NRF fee applications (.4). |
| 09/22/2023 | Harrison, J | 0.40 | Attend UCC call. |
| 09/22/2023 | Harrison, J | 0.30 | Confer with R. Manns regarding ██████████ |
| 09/22/2023 | Harrison, J | 0.30 | Analysis of draft ████████ (.2); and related correspondence with R. Manns (.1). |
| 09/22/2023 | Manns, R | 0.60 | Call and multiple emails with Mr. Duran regarding ████████████ (.4); multiple emails with working group regarding same (.2). |
| 09/22/2023 | Manns, R | 0.50 | Revision to ██████████ (3); call and working group emails regarding same (.2). |
| 09/22/2023 | Manns, R | 0.30 | Analyze notice of circumstance. |
| 09/22/2023 | Manns, R | 0.50 | Committee call to discuss latest developments. |
| 09/24/2023 | Harrison, J | 0.20 | Attention to correspondence regarding DIP proposal and other updates. |
| 09/24/2023 | Manns, R | 0.20 | Attention to multiple working group emails regarding status updates and potential new DIPs. |
| 09/24/2023 | Manns, R | 0.50 | Review of local rules governing ████████████ (.3); email with Committee regarding notice and hearing issues (.2). |
| 09/25/2023 | Manns, R | 0.20 | Attention to BRG DIP analysis. |
| 09/25/2023 | Manns, R | 0.60 | Committee call to discuss update on DIP and next steps. |
| 09/25/2023 | Harrison, J | 0.70 | Attend UCC call. |
| 09/26/2023 | Harrison, J | 0.10 | Confer with R. Manns regarding ████████ |
| 09/26/2023 | Harrison, J | 0.70 | Attend UCC call. |
| 09/26/2023 | Manns, R | 0.80 | Attend and participate on Committee call. |
| 09/26/2023 | Manns, R | 0.50 | Review and respond to multiple strategy emails concerning ██████████████ (.4); review local rules regarding ████████ (.1) |

Norton Rose Fulbright US LLP is a limited liability partnership registered under the laws of Texas.

Norton Rose Fulbright US LLP, Norton Rose Fulbright LLP, Norton Rose Fulbright Australia, Norton Rose Fulbright Canada LLP and Norton Rose Fulbright South Africa Inc are separate legal entities and all of them are members of Norton Rose Fulbright Verein, a Swiss verein. Norton Rose Fulbright Verein helps coordinate the activities of the members but does not itself provide legal services to clients. Details of each entity, with certain regulatory information, are available at nortonrosefulbright.com.

# NORTON ROSE FULBRIGHT

| | | | | |
|---|---|---|---|---|
| **Invoice Date** | October 09, 2023 | **Invoice Number** | 9495475837 | **Page   5** |
| **Matter Number** | 1001247357 | | | |
| **Matter Description** | Sorrento Therapeutics Bankruptcy | | | |

| Date | Attorney | Hours | Description |
|---|---|---|---|
| 09/26/2023 | Manns, R | 0.50 | Review and respond to multiple working group emails regarding ▇▇▇▇▇▇▇▇ (.3); attention to ▇▇▇▇▇▇▇ (.2). |
| 09/26/2023 | Manns, R | 0.20 | Review of draft DIP term sheet. |
| 09/27/2023 | Harrison, J | 0.10 | Analysis of UCC agenda. |
| 09/27/2023 | Manns, R | 0.10 | Review Committee call agenda. |
| 09/27/2023 | Manns, R | 0.10 | Review Committee mark-up of DIP term sheet. |
| 09/28/2023 | Harrison, J | 0.50 | Attend UCC call. |
| 09/28/2023 | Manns, R | 0.50 | Participate on Committee call. |
| 09/29/2023 | Harrison, J | 0.10 | File Shinderman declaration. |
| 09/29/2023 | Harrison, J | 0.20 | Analysis of update from M. Shinderman. |
| 09/29/2023 | Manns, R | 0.20 | Attention to multiple working group status email updates. |
| **Total** | | **35.40** | |

## DISBURSEMENT SUMMARY

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/31/2023 | 010061396000 - Adams, Kim - Ordered Transcript | 139.20 |
| | **Sub Total** | **139.20** |
| | **TOTAL** | **139.20** |

Norton Rose Fulbright US LLP is a limited liability partnership registered under the laws of Texas.

Norton Rose Fulbright US LLP, Norton Rose Fulbright LLP, Norton Rose Fulbright Australia, Norton Rose Fulbright Canada LLP and Norton Rose Fulbright South Africa Inc are separate legal entities and all of them are members of Norton Rose Fulbright Verein, a Swiss verein. Norton Rose Fulbright Verein helps coordinate the activities of the members but does not itself provide legal services to clients. Details of each en ity, with certain regulatory information, are available at nortonrosefulbright.com.

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| SORRENTO THERAPEUTICS, INC., *ET AL.*,[1] | Case No. 23-90085 (CML) |
| Debtors. | (Jointly Administered) |

**EIGHTH MONTHLY FEE STATEMENT OF NORTON ROSE FULBRIGHT US LLP FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS TEXAS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FROM <u>OCTOBER 1, 2023 TO OCTOBER 31, 2023</u>**

| | |
|---|---|
| Name of applicant: | Norton Rose Fulbright US LLP |
| Role in case: | Texas Counsel to Official Committee of Unsecured Creditors |
| Date of retention: | April 24, 2023, *effective as of* March 7, 2023 [Dkt. No. 514] |
| Period covered: | October 1, 2023 through October 31, 2023 |
| Fees incurred: | $27,841.00 |
| 20% holdback: | $5,568.20 |
| Total fees incurred less 20% holdback: | $22,272.80 |
| Expenses incurred: | $0.00 |
| Total fees (80%) and expenses (100%) due:[2] | $22,272.80 |

---

[1] The Debtor entities in these chapter 11 cases, along with the last four digits of each Debtor entity's federal tax identification number, are: Sorrento Therapeutics, Inc. (4842) and Scintilla Pharmaceuticals, Inc. (7956). The Debtors' service address is: 4955 Directors Place, San Diego, CA 92121.

[2] Pursuant to this Court's *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* [Dlt. No. 442] (the "<u>Interim Compensation Order</u>"), if no objection to the fees or expenses sought in this Fee Statement is received by the expiration of the objection deadline, the Debtors are authorized to promptly pay 80% of the fees and 100% of the expenses identified in the Fee Statement.

> **In accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* [Dkt. No. 442], each party receiving notice of the monthly fee statement will have until 4:00 p.m. (Prevailing Central Time), 14 days after service of the monthly fee statement to object to the requested fees and expenses. Upon the expiration of such 14-day period, the Debtors are authorized to pay the Professional an amount of 80% of the fees and 100% of the expenses requested in the applicable monthly fee statement.**

Norton Rose Fulbright US LLP ("NRF"), as Texas Counsel for the Committee, hereby files this monthly fee statement (the "Fee Statement") for compensation in the amount of $22,272.80 (80% of $27,841.00) for the reasonable and necessary legal services NRF rendered to the Committee from October 1, 2023 through and including October 31, 2023 (the "Compensation Period").

1.      Attached as **Exhibit A** is a summary of hours and fees by task code.

2.      Attached as **Exhibit B** is NRF's itemized time records of its professionals and paraprofessionals for the Compensation Period.

3.      This Monthly Fee Statement includes all the information and supporting detail regarding fees and expenses available to NRF at the time of the filing of this Monthly Fee Statement.  If additional information and supporting detail in connection with this Compensation Period should become available, as a result of delays in accounting processing or an inadvertence with respect to time or expenses entered in the accounting system, or any other reason, NRF reserves the right to make an application to the Court for an allowance of such fees and expenses not included in this Monthly Statement.

**WHEREFORE**, NRF, in connection with services rendered on behalf of the Committee, respectfully requests (a) allowance of compensation and reimbursement in the amount of $22,272.80 (80% of $27,841.00) and (b) payment of the forgoing sums.

Dated:  December 4, 2023
        Houston, Texas

Respectfully submitted,

**NORTON ROSE FULBRIGHT US LLP**

By: */s/ Ryan Manns*
Ryan Manns (SBT 240413914)
Julie G. Harrison (SBT 24092434)
1301 McKinney Street, Suite 5100
Houston, TX 77010
Telephone: (713) 651-5151
Facsimile: (713) 651-5246
Email: ryan.manns@nortonrosefulbright.com
Email: julie.harrison@nortonrosefulbright.com

*Texas Counsel for the Official Committee of
Unsecured Creditors*

## CERTIFICATE OF SERVICE

I certify that on December 4, 2023, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

 */s/ Julie Harrison*
Julie Harrison

**EXHIBIT A**

**COMPENSATION BY PROJECT CATEGORY**
**OCTOBER 1, 2023 THROUGH OCTOBER 31, 2023**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| B110: Case Administration | 3.6 | $3,197.50 |
| B130: Asset Disposition | 0.6 | $514.00 |
| B150: Meetings of and Communications with Creditors | 10.7 | $9,533.00 |
| B160: Employment and Fee Applications | 5.3 | $3,132.50 |
| B180: Avoidance Action Analysis | 1.4 | $1,163.50 |
| B190: Other Contested Matters | 0.7 | $413.50 |
| B230: Financing and Cash Collateral | 0.4 | $396.00 |
| B310: Claims Administration and Objections | 0.2 | $125.00 |
| B320: Plan and Disclosure Statement | 10.4 | $8,772.00 |
| B410: General Bankruptcy Advice/Opinions | 0.6 | $594.00 |
| **TOTAL** | **33.9** | **$27,841.00** |

**<u>EXHIBIT B</u>**

**TIME DETAIL**

# INVOICE

**NORTON ROSE FULBRIGHT**

| | |
|---|---|
| **Invoice Number** | 9495484023 |
| **Matter Number** | 1001247357 |
| **Invoice Date** | November 10, 2023 |
| **NRF Contact** | Ryan E. Manns |

Norton Rose Fulbright US LLP
2200 Ross Avenue, Suite 3600
Dallas TX  75201

Tel: +1 214-855-8000

Fax: +1 214-855-8200

www.nortonrosefulbright.com

Tax ID No. 74-1201087

Accounts Contact:
nrfusaccountsreceivable@nortonrosefulbright.com

**Official  Committee of Unsecured
 Creditors of Sorrento Therapeutics
3530 John Hopkins Ct.
San Diego CA  92121**

**Sorrento Therapeutics Bankruptcy**

Professional Services Rendered to October 31, 2023

| | Charges USD |
|---|---|
| **SUMMARY** | |
| Fees | 27,841.00 |
| **TOTAL AMOUNT DUE AND PAYABLE** | **USD   27,841.00** |

**Payable Upon Receipt**
**PAYMENT INFORMATION – Please reference the invoice number when remitting payment.**

**ELECTRONIC TRANSFER: to the account of Norton Rose Fulbright US LLP | HSBC |452 5th Avenue, New York, NY 10018 | Wire Routing Number 021001088 |
ACH Routing Number 022000020 | SWIFT MRMDUS33 | CHIPS ABA: 0108 | Account Number 827023227 ||
MAIL: Norton Rose Fulbright US LLP, Dept. 2613 | PO Box 122613 Dallas, TX 75312-2613 ||**

**This invoice may include fees and disbursements of the member firms of the Norton Rose Fulbright Verein.**

**Please be alert to the risks of cyber-crime and email impersonation attempts to redirect funds inappropriately. We will not under usual circumstances change
our bank account details during the course of a transaction. Any communication which you receive advising otherwise could be fraudulent and should urgently
be orally verified with your known contact at our firm, or a member of our Finance department.**

**NORTON ROSE FULBRIGHT**

| Invoice Date | November 10, 2023 | Invoice Number | 9495484023 | Page 2 |
|---|---|---|---|---|
| Matter Number | 1001247357 | | | |
| Matter Description | Sorrento Therapeutics Bankruptcy | | | |

---

**TIME DETAILS**

| DATE | NAME | HOURS | DESCRIPTION |
|---|---|---|---|
| 10/02/2023 | Manns, R | 0.10 | Emails with Debtors' financial advisor re: budget issues. |
| 10/03/2023 | Harrison, J | 1.00 | Attend UCC call. |
| 10/03/2023 | Harrison, J | 0.10 | Analysis of update from M. Shinderman. |
| 10/03/2023 | Manns, R | 1.00 | Attend and participate on Committee call. |
| 10/04/2023 | Manns, R | 0.20 | Review and analyze multiple status update emails. |
| 10/04/2023 | Manns, R | 0.10 | Review Committee call agenda. |
| 10/05/2023 | Manns, R | 0.10 | Review and respond to creditor email re: contract assumption/rejection issues. |
| 10/05/2023 | Manns, R | 0.80 | Attend status conference. |
| 10/05/2023 | Manns, R | 0.10 | Attention to Ovydsco sale updates. |
| 10/05/2023 | Manns, R | 0.90 | Participate on Committee call. |
| 10/05/2023 | Harrison, J | 0.40 | Attend status conference. |
| 10/05/2023 | Harrison, J | 0.80 | Attend UCC call. |
| 10/06/2023 | Manns, R | 0.10 | Review of Scilex term sheet. |
| 10/06/2023 | Manns, R | 0.30 | Review Debtors' illustrative restructuring overview. |
| 10/06/2023 | Manns, R | 0.30 | Review of equity committee term sheet. |
| 10/08/2023 | Harrison, J | 0.20 | Attention to updates from M. Schinderman. |
| 10/08/2023 | Harrison, J | 0.10 | Correspondence with M. Shinderman and R. Manns regarding fee apps. |
| 10/08/2023 | Manns, R | 0.20 | Review call agenda and multiple case updates. |
| 10/08/2023 | Manns, R | 0.20 | Review of equity committee term sheet. |
| 10/09/2023 | Manns, R | 0.30 | Call with estate creditor, KPS Life, re: case update and assumption and rejection issues. |
| 10/09/2023 | Manns, R | 0.70 | Review and respond to multiple working group emails re: wind down issues (.4); attention to preservation of claim actions in the Fifth Circuit (.3). |
| 10/09/2023 | Manns, R | 0.30 | Review and comment on draft fee statements (.2); working group emails re: same (.1). |

Norton Rose Fulbright US LLP is a limited liability partnership registered under the laws of Texas.

Norton Rose Fulbright US LLP, Norton Rose Fulbright LLP, Norton Rose Fulbright Australia, Norton Rose Fulbright Canada LLP and Norton Rose Fulbright South Africa Inc are separate legal entities and all of them are members of Norton Rose Fulbright Verein, a Swiss verein. Norton Rose Fulbright Verein helps coordinate the activities of the members but does not itself provide legal services to clients. Details of each entity, with certain regulatory information, are available at nortonrosefulbright.com.

**NORTON ROSE FULBRIGHT**

| Invoice Date | November 10, 2023 | Invoice Number | 9495484023 | Page 3 |
|---|---|---|---|---|
| Matter Number | 1001247357 | | | |
| Matter Description | Sorrento Therapeutics Bankruptcy | | | |

| 10/09/2023 | Manns, R | 1.10 | Attend and participate on Committee call. |
|---|---|---|---|
| 10/09/2023 | Harrison, J | 0.40 | Draft NRF seventh fee statement. |
| 10/09/2023 | Harrison, J | 1.20 | Attend UCC call. |
| 10/09/2023 | Harrison, J | 0.10 | Confer with R. Manns regarding fee statement. |
| 10/10/2023 | Adams, K | 0.50 | Review and file NRF Seventh Monthly Fee Statement. |
| 10/10/2023 | Harrison, J | 0.20 | Correspondence with M. Tehrani and R. Manns regarding plan redline (.1); and analysis of same (.1). |
| 10/10/2023 | Harrison, J | 0.70 | Analysis of plan and disclosure statement redlines (.4); related correspondence with R. Manns (.1); call with M. Tehrani, R. Manns, and R. Rubin regarding same (.2). |
| 10/10/2023 | Manns, R | 0.20 | Review Yuhan sale motion. |
| 10/10/2023 | Manns, R | 0.20 | Review and respond to working group emails re: fee statement. |
| 10/10/2023 | Manns, R | 0.90 | Review of mark-up of liquidating plan (.4); attention to Fifth Circuit standard on preserving causes of action (.3); call with working group (.2). |
| 10/10/2023 | Manns, R | 0.30 | Attention to Debtors' mark-up of plan and disclosure statement. |
| 10/11/2023 | Adams, K | 0.20 | Review bankruptcy filings; update calendar. |
| 10/11/2023 | Harrison, J | 0.40 | Analysis of plan language regarding retained causes of action (.3); and related correspondence to Milbank team (.1). |
| 10/11/2023 | Harrison, J | 0.20 | Analysis of Yuhan sale motion. |
| 10/11/2023 | Manns, R | 0.30 | Review emergency motion to conditionally approve disclosure statement and related exhibits. |
| 10/11/2023 | Manns, R | 0.10 | Review draft call agenda. |
| 10/12/2023 | Manns, R | 0.90 | Attend and participate on Committee call. |
| 10/12/2023 | Manns, R | 0.60 | Review Fifth Circuit law on standing (.4); review of draft stipulation withe the Debtors (.2) |
| 10/12/2023 | Manns, R | 0.40 | Review of filed plan and disclosure statement and emails related to same. |
| 10/12/2023 | Manns, R | 0.10 | Attention to liquidation analysis considerations in a chapter 11 vs. chapter 7. |
| 10/12/2023 | Harrison, J | 0.70 | Attend UCC call. |

Norton Rose Fulbright US LLP is a limited liability partnership registered under the laws of Texas.

Norton Rose Fulbright US LLP, Norton Rose Fulbright LLP, Norton Rose Fulbright Australia, Norton Rose Fulbright Canada LLP and Norton Rose Fulbright South Africa Inc are separate legal entities and all of them are members of Norton Rose Fulbright Verein, a Swiss verein. Norton Rose Fulbright Verein helps coordinate the activities of the members but does not itself provide legal services to clients. Details of each entity, with certain regulatory information, are available at nortonrosefulbright.com.

**NORTON ROSE FULBRIGHT**

| Invoice Date | November 10, 2023 | Invoice Number | 9495484023 | Page 4 |
|---|---|---|---|---|

**Matter Number**      1001247357

**Matter Description**   Sorrento Therapeutics Bankruptcy

| | | | |
|---|---|---|---|
| 10/13/2023 | Adams, K | 0.50 | Organize and file BRG's Seventh Monthly Fee Statement and Second Interim Fee Application. |
| 10/13/2023 | Adams, K | 0.80 | Prepare draft proposed Order for BRG's Second Interim Fee Application. |
| 10/13/2023 | Adams, K | 0.70 | Review and revise BRG's Seventh Monthly Fee Statement and Second Interim Fee Application. |
| 10/13/2023 | Manns, R | 0.30 | Working group emails re: reassignment of case. |
| 10/13/2023 | Manns, R | 0.30 | Multiple emails with Milbank team re: fee statements (.2); review of same in advance of filing (.1). |
| 10/13/2023 | Manns, R | 0.60 | Multiple emails with BRG team re: fee statements and application (.30); review and comment on same (.2); review draft proposed order (.1). |
| 10/16/2023 | Harrison, J | 0.20 | Confer with M. Mokrzycka regarding CNOs (.1); related correspondence with M. Tehrani (.1). |
| 10/16/2023 | Harrison, J | 0.20 | Confer with E. Dexter regarding preference complaints (.1); related correspondence with M. Mokrzycka (.1). |
| 10/16/2023 | Manns, R | 0.30 | Working group emails re: preference actions and attention to comparable complaints from the SDTX. |
| 10/16/2023 | Manns, R | 0.20 | Review of Scilex term sheet and emails related to same. |
| 10/16/2023 | Mokrzycka, M | 0.60 | Draft, revise, and file CNOs for fee application. |
| 10/16/2023 | Mokrzycka, M | 0.50 | Review precedent regarding preference action in the Southern District of Texas and pull complaints. |
| 10/17/2023 | Harrison, J | 0.50 | Attend UCC call. |
| 10/17/2023 | Manns, R | 0.40 | Status update call with working group. |
| 10/18/2023 | Manns, R | 1.00 | Attend Sorrento conditional Dislcosure Statement hearing. |
| 10/18/2023 | Harrison, J | 1.00 | Attend disclosure statement hearing. |
| 10/18/2023 | Harrison, J | 0.30 | Analysis of redlined disclosure statement and plan. |
| 10/18/2023 | Adams, K | 0.30 | Prepare and file hearing transcript request. |
| 10/19/2023 | Adams, K | 0.30 | Review and file Stipulation regarding B. Riley Commercial claims. |
| 10/19/2023 | Harrison, J | 0.50 | Attend UCC call. |
| 10/19/2023 | Manns, R | 0.20 | Review of draft standing stipulation in advance of filing. |
| 10/19/2023 | Manns, R | 0.50 | Attend and participate on Committee call. |

Norton Rose Fulbright US LLP is a limited liability partnership registered under the laws of Texas.

Norton Rose Fulbright US LLP, Norton Rose Fulbright LLP, Norton Rose Fulbright Australia, Norton Rose Fulbright Canada LLP and Norton Rose Fulbright South Africa Inc are separate legal entities and all of them are members of Norton Rose Fulbright Verein, a Swiss verein. Norton Rose Fulbright Verein helps coordinate the activities of the members but does not itself provide legal services to clients. Details of each entity, with certain regulatory information, are available at nortonrosefulbright.com.

**NORTON ROSE FULBRIGHT**

| **Invoice Date** | November 10, 2023 | | **Invoice Number** | 9495484023 | **Page** | 5 |
| **Matter Number** | 1001247357 | | | | | |
| **Matter Description** | Sorrento Therapeutics Bankruptcy | | | | | |

| | | | |
|---|---|---|---|
| 10/19/2023 | Mokrzycka, M | 0.20 | Review stipulation regarding standing and confer with J. Harrison regarding the same. |
| 10/23/2023 | Harrison, J | 0.10 | Analysis of update from M. Shinderman. |
| 10/23/2023 | Manns, R | 0.20 | Review Committee correspondence to counsel for B. Riley re: preference allegations and standing stipulation. |
| 10/25/2023 | Manns, R | 0.10 | Attention to summary email update re: sale/plan status. |
| 10/25/2023 | Harrison, J | 0.10 | Analysis of update from M. Shinderman. |
| 10/26/2023 | Harrison, J | 0.10 | Analysis of update from M. Shinderman. |
| 10/27/2023 | Harrison, J | 0.40 | Confer with L. Towe regarding liquidation trust agreement; related correspondence to R. Rubin. |
| 10/27/2023 | Lawton, C | 0.40 | Discussion with L. Towe regarding trust issues. |
| 10/27/2023 | Manns, R | 0.70 | Review of proposed Liquidating Trust agreement (.4); analysis of proposed revisions from L. Towe (.3). |
| 10/27/2023 | Mokrzycka, M | 0.20 | Review application to employ , employment order regarding increase of rates. |
| 10/27/2023 | Towe, L | 1.80 | Attention to correspondence from J. Harrison regarding trust questions (.1); review trust agreement regarding the same (.4); discuss with J. Harrison (.2); discuss with C. Lawton (.4); draft correspondence to J. Harrison regarding the same (.7). |
| 10/29/2023 | Harrison, J | 0.10 | Analysis of update from M. Shinderman. |
| 10/31/2023 | Harrison, J | 0.20 | Confer with L. Towe regarding trust agreement. |
| 10/31/2023 | Harrison, J | 0.20 | Analysis of hearing agenda (.1); and related correspondence with R. Manns (.1). |
| 10/31/2023 | Manns, R | 0.10 | Review 11/1 hearing agenda. |
| 10/31/2023 | Towe, L | 0.80 | Attention to trust questions from Millbank; draft correspondence regarding the same. |
| **Total** | | **33.90** | |

Norton Rose Fulbright US LLP is a limited liability partnership registered under the laws of Texas.

Norton Rose Fulbright US LLP, Norton Rose Fulbright LLP, Norton Rose Fulbright Australia, Norton Rose Fulbright Canada LLP and Norton Rose Fulbright South Africa Inc are separate legal entities and all of them are members of Norton Rose Fulbright Verein, a Swiss verein. Norton Rose Fulbright Verein helps coordinate the activities of the members but does not itself provide legal services to clients. Details of each entity, with certain regulatory information, are available at nortonrosefulbright.com.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| SORRENTO THERAPEUTICS, INC., *ET AL.*,[1] | Case No. 23-90085 (CML) |
| Debtors. | (Jointly Administered) |

**NINTH MONTHLY FEE STATEMENT OF NORTON ROSE FULBRIGHT
US LLP FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED
AND REIMBURSEMENT OF EXPENSES INCURRED AS TEXAS COUNSEL
TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FROM
<u>NOVEMBER 1, 2023 TO NOVEMBER 30, 2023</u>**

| | |
|---|---|
| Name of applicant: | Norton Rose Fulbright US LLP |
| Role in case: | Texas Counsel to Official Committee of Unsecured Creditors |
| Date of retention: | April 24, 2023, *effective as of* March 7, 2023 [Dkt. No. 514] |
| Period covered: | November 1, 2023 through November 30, 2023 |
| Fees incurred: | $24,126.50 |
| 20% holdback: | $4,825.30 |
| Total fees incurred less 20% holdback: | $19,301.20 |
| Expenses incurred: | $0.00 |
| Total fees (80%) and expenses (100%) due:[2] | $19,301.20 |

---

[1] The Debtor entities in these chapter 11 cases, along with the last four digits of each Debtor entity's federal tax identification number, are: Sorrento Therapeutics, Inc. (4842) and Scintilla Pharmaceuticals, Inc. (7956). The Debtors' service address is: 4955 Directors Place, San Diego, CA 92121.

[2] Pursuant to this Court's *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* [Dlt. No. 442] (the "<u>Interim Compensation Order</u>"), if no objection to the fees or expenses sought in this Fee Statement is received by the expiration of the objection deadline, the Debtors are authorized to promptly pay 80% of the fees and 100% of the expenses identified in the Fee Statement.

> **In accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* [Dkt. No. 442], each party receiving notice of the monthly fee statement will have until 4:00 p.m. (Prevailing Central Time), 14 days after service of the monthly fee statement to object to the requested fees and expenses. Upon the expiration of such 14-day period, the Debtors are authorized to pay the Professional an amount of 80% of the fees and 100% of the expenses requested in the applicable monthly fee statement.**

Norton Rose Fulbright US LLP ("NRF"), as Texas Counsel for the Committee, hereby files this monthly fee statement (the "Fee Statement") for compensation in the amount of $19,301.20 (80% of $24,126.50) for the reasonable and necessary legal services NRF rendered to the Committee from November 1, 2023 through and including November 30, 2023 (the "Compensation Period").

1. Attached as **Exhibit A** is a summary of hours and fees by task code.

2. Attached as **Exhibit B** is NRF's itemized time records of its professionals and paraprofessionals for the Compensation Period.

3. This Monthly Fee Statement includes all the information and supporting detail regarding fees and expenses available to NRF at the time of the filing of this Monthly Fee Statement. If additional information and supporting detail in connection with this Compensation Period should become available, as a result of delays in accounting processing or an inadvertence with respect to time or expenses entered in the accounting system, or any other reason, NRF reserves the right to make an application to the Court for an allowance of such fees and expenses not included in this Monthly Statement.

**WHEREFORE**, NRF, in connection with services rendered on behalf of the Committee, respectfully requests (a) allowance of compensation and reimbursement in the amount of $19,301.20 (80% of $24,126.50) and (b) payment of the forgoing sums.

Dated: January 5, 2024
      Houston, Texas

Respectfully submitted,

**NORTON ROSE FULBRIGHT US LLP**

By: */s/ Ryan Manns*
Ryan Manns (SBT 240413914)
Julie G. Harrison (SBT 24092434)
1301 McKinney Street, Suite 5100
Houston, TX 77010
Telephone: (713) 651-5151
Facsimile: (713) 651-5246
Email: ryan.manns@nortonrosefulbright.com
Email: julie.harrison@nortonrosefulbright.com

*Texas Counsel for the Official Committee of*
*Unsecured Creditors*

## CERTIFICATE OF SERVICE

I certify that on January 5, 2024, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

      */s/ Julie Harrison*
      Julie Harrison

**EXHIBIT A**

**COMPENSATION BY PROJECT CATEGORY**
**NOVEMBER 1, 2023 THROUGH NOVEMBER 30, 2023**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| B110: Case Administration | 1.5 | $1,445.00 |
| B120: Asset Analysis and Recovery | 0.3 | $97.50 |
| B130: Asset Disposition | 0.2 | $158.00 |
| B150: Meetings of and Communications with Creditors | 4.5 | $4,195.00 |
| B160: Employment and Fee Applications | 2.6 | $2,214.00 |
| B185: Assumption/Rejection of Leases and Contracts | 0.3 | $97.50 |
| B190: Other Contested Matters | 2.4 | $2,036.50 |
| B195: Non-Working Travel | 4.0 | $3,960.00 |
| B230: Financing and Cash Collateral | 0.3 | $297.00 |
| B320: Plan and Disclosure Statement | 10.8 | $9,626.00 |
| **TOTAL** | **26.9** | **$24,126.50** |

**EXHIBIT B**

**TIME DETAIL**

# INVOICE

**NORTON ROSE FULBRIGHT**

| | |
|---|---|
| **Invoice Number** | 9495495697 |
| **Matter Number** | 1001247357 |
| **Invoice Date** | December 27, 2023 |
| **NRF Contact** | Ryan E. Manns |

Norton Rose Fulbright US LLP
2200 Ross Avenue, Suite 3600
Dallas TX  75201

Tel: +1 214-855-8000

Fax: +1 214-855-8200

www.nortonrosefulbright.com

Tax ID No. 74-1201087

Accounts Contact:
nrfusaccountsreceivable@nortonrosefulbright.com

**Official  Committee of Unsecured
 Creditors of Sorrento Therapeutics
3530 John Hopkins Ct.
San Diego CA  92121**

**Sorrento Therapeutics Bankruptcy**

Professional Services Rendered to November 30, 2023

| | Charges USD |
|---|---|
| **SUMMARY** | |
| Fees | 24,126.50 |
| **TOTAL AMOUNT DUE AND PAYABLE** | **USD   24,126.50** |

**Payable Upon Receipt**
**PAYMENT INFORMATION – Please reference the invoice number when remitting payment.**

**ELECTRONIC TRANSFER: to the account of Norton Rose Fulbright US LLP | HSBC |452 5th Avenue, New York, NY 10018 | Wire Routing Number 021001088 |
ACH Routing Number 022000020 | SWIFT MRMDUS33 | CHIPS ABA: 0108 | Account Number 827023227 ||
MAIL: Norton Rose Fulbright US LLP, Dept. 2613 | PO Box 122613 Dallas, TX 75312-2613 ||**

**This invoice may include fees and disbursements of the member firms of the Norton Rose Fulbright Verein.**

**Please be alert to the risks of cyber-crime and email impersonation attempts to redirect funds inappropriately. We will not under usual circumstances change
our bank account details during the course of a transaction. Any communication which you receive advising otherwise could be fraudulent and should urgently
be orally verified with your known contact at our firm, or a member of our Finance department.**

**NORTON ROSE FULBRIGHT**

| | | | | |
|---|---|---|---|---|
| **Invoice Date** | December 27, 2023 | **Invoice Number** | 9495495697 | **Page** 2 |
| **Matter Number** | 1001247357 | | | |
| **Matter Description** | Sorrento Therapeutics Bankruptcy | | | |

**TIME DETAILS**

| DATE | NAME | HOURS | DESCRIPTION |
|---|---|---|---|
| 11/01/2023 | Harrison, J | 0.20 | Attend Yuhan sale hearing. |
| 11/01/2023 | Manns, R | 0.10 | Attention to Committee call agenda. |
| 11/01/2023 | Manns, R | 0.20 | Attend sale hearing. |
| 11/01/2023 | Manns, R | 0.20 | Attention to plan supplement for joint plan of liquidation. |
| 11/02/2023 | Harrison, J | 0.80 | Draft supplemental declaration (.6); related correspondence with R. Manns (.2). |
| 11/02/2023 | Harrison, J | 0.10 | Confer with R. Manns regarding supplemental disclosure. |
| 11/02/2023 | Harrison, J | 0.80 | Attend UCC call. |
| 11/02/2023 | Manns, R | 0.90 | Attend and participate on Committee call. |
| 11/03/2023 | Manns, R | 0.30 | Review and revise supplemental declaration. |
| 11/06/2023 | Manns, R | 0.10 | Emails with Debtors' financial advisor and working group regarding budget issues. |
| 11/07/2023 | Harrison, J | 0.40 | Review and revise BRG CNO (.1); related correspondence to M. Tehrani and M. Haverkamp (.2); file same with Court (.1). |
| 11/08/2023 | Manns, R | 0.10 | Review Committee call agenda. |
| 11/09/2023 | Manns, R | 0.20 | Review and respond to emails with Debtors' financial advisor regarding budgeting issues. |
| 11/09/2023 | Manns, R | 0.50 | Attend and participate on Committee call. |
| 11/09/2023 | Harrison, J | 0.50 | Attend UCC call. |
| 11/09/2023 | Harrison, J | 0.20 | Confer with R. Manns regarding supplemental declaration (.1); file same (.1). |
| 11/09/2023 | Harrison, J | 0.20 | Analysis of notice of hearing and calendar same. |
| 11/10/2023 | Adams, K | 0.30 | Review Scilex's Emergency Motion to Compel Production by Accounting Firm; organize calendar regarding same. |
| 11/10/2023 | Manns, R | 0.30 | Review and analyze Kilroy objection to confirmation. |
| 11/10/2023 | Manns, R | 0.50 | Review and analyze equity committee objection to plan. |
| 11/14/2023 | Manns, R | 0.40 | Review draft demand letters on Scilex and Directors and Officers. |

Norton Rose Fulbright US LLP is a limited liability partnership registered under the laws of Texas.

Norton Rose Fulbright US LLP, Norton Rose Fulbright LLP, Norton Rose Fulbright Australia, Norton Rose Fulbright Canada LLP and Norton Rose Fulbright South Africa Inc are separate legal entities and all of them are members of Norton Rose Fulbright Verein, a Swiss verein. Norton Rose Fulbright Verein helps coordinate the activities of the members but does not itself provide legal services to clients. Details of each entity, with certain regulatory information, are available at nortonrosefulbright.com.

# NORTON ROSE FULBRIGHT

| | | | | |
|---|---|---|---|---|
| **Invoice Date** | December 27, 2023 | **Invoice Number** | 9495495697 | **Page** 3 |
| **Matter Number** | 1001247357 | | | |
| **Matter Description** | Sorrento Therapeutics Bankruptcy | | | |

| | | | |
|---|---|---|---|
| 11/15/2023 | Manns, R | 1.00 | Attend hearing on Scilex 2004 motion. |
| 11/16/2023 | Harrison, J | 0.20 | Call with R. Manns regarding adjourned confirmation hearing (.1); analysis of notice regarding same (.1). |
| 11/16/2023 | Manns, R | 0.80 | Attend Committee call. |
| 11/17/2023 | Manns, R | 0.20 | Attention to Culberson confirmation objection. |
| 11/17/2023 | Manns, R | 0.40 | Analyze amended plan of liquidation. |
| 11/17/2023 | Adams, K | 0.40 | Review Modified Plan, Plan Supplement and Adjournment Notice; update calendars. |
| 11/20/2023 | Adams, K | 0.30 | Review Motion for Order Rejecting Research Collaboration Agreement; update information. |
| 11/20/2023 | Harrison, J | 0.20 | Analysis of voicemail from M. Probus (.1); and related correspondence with R. Manns (.1). |
| 11/20/2023 | Manns, R | 0.20 | Working group emails regarding communications with counsel for Scilex. |
| 11/21/2023 | Harrison, J | 0.20 | Call with M. Probus regarding 2004 exam (.1); related follow up with Milbank team (.1). |
| 11/21/2023 | Manns, R | 0.20 | Analyze complaint against JB Pacific for violation of the automatic stay. |
| 11/21/2023 | Manns, R | 0.10 | Attention to emails regarding case updates. |
| 11/22/2023 | Manns, R | 0.20 | Working group emails regarding revisions to October fee statement. |
| 11/27/2023 | Harrison, J | 0.30 | Confer with M. Tehrani and R. Manns regarding reply to EC objection (.2); file same with court (.1). |
| 11/27/2023 | Manns, R | 0.10 | Review third notice of filing of plan supplement. |
| 11/27/2023 | Manns, R | 0.40 | Review equity committee's objection to motion for protective order and confirmation. |
| 11/27/2023 | Manns, R | 0.30 | Review reply to Equity Committee plan objection. |
| 11/28/2023 | Manns, R | 0.30 | Review of equity committee's opposition to Debtors' counsel fee statement. |
| 11/28/2023 | Manns, R | 0.40 | Attend status conference. |
| 11/28/2023 | Manns, R | 0.60 | Review and analysis of Debtors' confirmation brief. |
| 11/28/2023 | Manns, R | 0.30 | Multiple working group emails regarding Committee w&e list (.2); review same in advance of filing (.1). |
| 11/28/2023 | Manns, R | 0.20 | Attention to Debtors' w&e list in advance of confirmation. |

Norton Rose Fulbright US LLP is a limited liability partnership registered under the laws of Texas.

Norton Rose Fulbright US LLP, Norton Rose Fulbright LLP, Norton Rose Fulbright Australia, Norton Rose Fulbright Canada LLP and Norton Rose Fulbright South Africa Inc are separate legal entities and all of them are members of Norton Rose Fulbright Verein, a Swiss verein. Norton Rose Fulbright Verein helps coordinate the activities of the members but does not itself provide legal services to clients. Details of each entity, with certain regulatory information, are available at nortonrosefulbright.com.

# NORTON ROSE FULBRIGHT

| | | | | |
|---|---|---|---|---|
| **Invoice Date** | December 27, 2023 | **Invoice Number** | 9495495697 | **Page** 4 |
| **Matter Number** | 1001247357 | | | |
| **Matter Description** | Sorrento Therapeutics Bankruptcy | | | |

| Date | Name | Hours | Description |
|---|---|---|---|
| 11/28/2023 | Harrison, J | 0.20 | Draft witness and exhibit list (.1); related correspondence with R. Manns (.1). |
| 11/28/2023 | Harrison, J | 0.30 | Attend emergency status conference. |
| 11/28/2023 | Adams, K | 0.30 | Review Notice of Status Conference; update calendars. |
| 11/29/2023 | Harrison, J | 0.30 | Draft monthly fee statement (.2); and related correspondence with R. Manns (.1). |
| 11/29/2023 | Manns, R | 2.00 | Travel for confirmation hearing. |
| 11/29/2023 | Manns, R | 0.20 | Attention to multiple working group emails regarding sale and confirmation updates. |
| 11/30/2023 | Harrison, J | 3.30 | Attend confirmation hearing. |
| 11/30/2023 | Manns, R | 0.20 | Attention to multiple working group email updates. |
| 11/30/2023 | Manns, R | 2.00 | Return travel to Dallas. |
| 11/30/2023 | Manns, R | 3.50 | Attend and appear at confirmation hearing. |
| **Total** | | **26.90** | |

Norton Rose Fulbright US LLP is a limited liability partnership registered under the laws of Texas.

Norton Rose Fulbright US LLP, Norton Rose Fulbright LLP, Norton Rose Fulbright Australia, Norton Rose Fulbright Canada LLP and Norton Rose Fulbright South Africa Inc are separate legal entities and all of them are members of Norton Rose Fulbright Verein, a Swiss verein. Norton Rose Fulbright Verein helps coordinate the activities of the members but does not itself provide legal services to clients. Details of each entity, with certain regulatory information, are available at nortonrosefulbright.com.