IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SORRENTO THERAPEUTICS INC., *et al.* | ) | Case No. 23-90085 (DRJ) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**AMENDED ORDER ON PARTY IN INTEREST, TIMOTHY CULBERSON'S, MOTION TO COMPEL DISCOVERY FROM DEBTORS AND THEIR COUNSEL**

This Court, having considered Party in Interest's Alternative Motion to Compel Discovery From Debtors and Their Counsel, along with all responses, related filings and oral argument on January 24, 2023; the Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1334; it appearing that this motion and request for relief is in the best interest of the Debtors' estates, their creditors, and parties in interest; and after due deliberation and sufficient cause appearing herein, it is HEREBY ORDERED THAT:

Debtors and their counsel, Jackson Walker, LLP fully respond to Party in Interest, Timothy L. Culberson's First Request for Production within 14 days of the hearing and ruling on this matter – **FEBRUARY 7, 2023** .  IT IS FURTHER ORDERED THAT;

Such production of documents should be sent electronically/digitally by downloadable link to  The Culberson Law Office at tim@culbersonlaw.com;

IT IS FURTHER ORDERED THAT;

All such documents shall be produced in their original digital format containing all original metadata in order to fully authenticate the digital documents.

Signed _____, 202__.

                                                      _____
                                                      CHRISTOPHER M. LOPEZ
                                                      UNITED STATES BANKRUTCY JUDGE