United States Bankruptcy Court
Southern District of Texas
**ENTERED**
January 29, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 23-90085 |
| SORRENTO THERAPEUTICS, INC., | § | |
| *et al.*, | § | |
| Debtors. | § | Jointly Administered |
| | | CHAPTER 11 |

### ORDER PARTIALLY GRANTING MOTION TO COMPEL AS TO JACKSON WALKER LLP
**[Re: Docket No. 1700]**

For the reasons stated on the record at the January 24, 2024 hearing, it is ORDERED THAT:

Timothy Culberson's Alternative Motion to Compel Discovery at Docket No. 1700 is denied as to Latham & Watkins LLP and M3 Advisory Services, LP; and it is further

Ordered that Culberson may serve discovery on Jackson Walker LLP in connection with the Emergency FRCP 60(b)(6) and Rule 9024 Motion for Relief from All Orders Approving Applications for Fees and Expenses for JW, LW, and M3 and Motion to Disgorge Fees/Expenses and Remove Professionals (Docket No. 1656) ("**Rule 60(b) Motion**") as it pertains to Jackson Walker. Any digital documents produced shall be produced in their original format containing metadata; and it is further

Ordered that Jackson Walker and Culberson shall submit a proposed scheduling order concerning the Rule 60(b) Motion by February 5, 2024. Any disputes shall be resolved by this Court on an expedited basis.

Signed: January 29, 2024

Christopher Lopez
United States Bankruptcy Judge