United States Bankruptcy Court
Southern District of Texas
**ENTERED**
February 06, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| SORRENTO THERAPEUTICS, INC., *et al.* [1] | ) Case No. 23-90085 (CML) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) **Re: Docket No. 1644** |

**ORDER GRANTING THIRD INTERIM FEE APPLICATION
OF M3 ADVISORY PARTNERS, LP FOR COMPENSATION FOR SERVICES
RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS CHIEF
RESTRUCTURING OFFICER AND FINANCIAL ADVISOR TO THE DEBTORS
FOR THE PERIOD FROM SEPTEMBER 1, 2023 THROUGH NOVEMBER 30, 2023**

The Court has considered the Third Interim Fee Application of M3 Advisory Partners, LP for Compensation for Services Rendered and for Reimbursement of Expenses as Chief Restructuring Officer and Financial Advisor to the Debtors for the Period from September 1, 2023 Through November 30, 2023 (the "Application"), filed by M3 Advisory Partners, LP (the "Applicant"). The Court orders:

1. The Applicant is allowed interim compensation and reimbursement of expenses in the amount of $2,007,046.10 for the period set forth in the Application.

2. The Debtors are authorized to disburse any unpaid amounts allowed by paragraph 1 of this Order.

Signed: February 06, 2024

_____
Christopher Lopez
United States Bankruptcy Judge

---

[1] The Debtor entities in these chapter 11 cases, along with the last four digits of each Debtor entity's federal tax identification number, are: Sorrento Therapeutics, Inc. (4842) and Scintilla Pharmaceuticals, Inc. (7956). The Debtors' service address is: 9380 Judicial Drive, San Diego, CA 92121.