IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SORRENTO THERAPEUTICS INC., *et al.*[1] | ) | Case No. 23-90085 (CML) |
| | ) | |
| Debtor. | ) | (Jointly Administered) |
| | ) | |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE**

**PLEASE TAKE NOTICE** that, pursuant to section 1109(b) of Title 11 of the United States Code (the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Joseph M. Coleman, John J. Kane, and JaKayla J. DaBera, with the law firm of Kane Russell Coleman Logan PC ("Counsel"), hereby enter an appearance as counsel of record for Jackson Walker LLP (the "Jackson Walker"), party in interest in the above-captioned cases (the "Cases").

**PLEASE TAKE FURTHER NOTICE** that Counsel requests that the undersigned be added to the official mailing matrix and service lists in the Cases. Counsel requests, pursuant to Bankruptcy Rules 2002, 3017 and 9007, and section 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or required to be given in these Cases and copies of all papers served or required to be served in these Cases and all other matters arising herein be given and served upon Jackson Walker through service upon Counsel, at the address, telephone, and email address set forth below:

---

[1] The Debtor entities in these chapter 11 cases, along with the last four digits of each Debtor entity's federal tax identification number, are: Sorrento Therapeutics, Inc. (4842) and Scintilla Pharmaceuticals, Inc. (7956). The Debtors' service address is: 4955 Directors Place, San Diego, CA 92121.

Joseph M. Coleman
John J. Kane
JaKayla J. DaBera
**KANE RUSSELL COLEMAN LOGAN PC**
901 Main Street, Suite 5200
Dallas, Texas 75202
Tel.: (214) 777-4200
Fax: (214) 777-4299
Email: jcoleman@krcl.com
Email: jkane@krcl.com
Email: jdabera@krcl.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, complaint or demand, motion, petition, pleading or request, and answering or reply papers filed in these cases, whether formal or informal, written or oral, and whether served, transmitted or conveyed by mail, email, hand delivery, telephone, telegraph, telex or otherwise filed or made with regard to the above-captioned cases and proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and Request for Service shall not be deemed or construed to be a waiver of any rights of Jackson Walker, including, without limitation, to: (i) the right to have final orders in non-core matters entered only after de novo review by a district judge; (ii) the right to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to these cases; (iii) the right to have the district court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which Jackson Walker is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments Jackson Walker expressly reserves.

DATED: February 7, 2024  Respectfully submitted,

>*/s/ John J. Kane*
>Joseph M. Coleman
>State Bar No. 0456610
>SDTX No. 16936
>John J. Kane
>State Bar No. 24066794
>SDTX No. 1069650
>JaKayla J. DaBera
>State Bar No. 24129114
>SDTX No. 3848760
>**KANE RUSSELL COLEMAN LOGAN PC**
>901 Main Street, Suite 5200
>Dallas, Texas 75202
>Tel.: (214) 777-4200
>Fax: (214) 777-4299
>Email: jcoleman@krcl.com
>jkane@krcl.com
>jdabera@krcl.com
>
>**ATTORNEYS FOR JACKSON WALKER, LLP**

## CERTIFICATE OF SERVICE

This is to certify that on February 7, 2024, a true and correct copy of the foregoing Notice of Appearance was filed with the Court and served via the Court's CM/ECF notification system upon all parties registered to receive such electronic notices in this case.

>*/s/ John J. Kane*
>John J. Kane