IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| SORRENTO THERAPEUTICS INC., *et al*.[1] | ) Case No. 23-90085 (CML) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) **Re: Docket No. 1574** |

**CERTIFICATE OF NO OBJECTION REGARDING
THE DEBTORS' MOTION FOR AN ORDER (I) AUTHORIZING REJECTION OF A
RESEARCH COLLABORATION AGREEMENT, EFFECTIVE AS OF NOVEMBER 17,
2023, AND (II) GRANTING RELATED RELIEF**

Pursuant to the *Procedures for Complex Chapter 11 Cases in the Southern District of Texas*, the undersigned counsel for the above-captioned debtors and debtors in possession (collectively, the "Debtors") certifies as follows:

1. On November 17, 2023, the Debtors filed their *Motion for an Order (I) Authorizing Rejection of a Research Collaboration Agreement, Effective as of November 17, 2023, and (II) Granting Related Relief* [Docket No. 1574] (the "Motion"). Service to the counterparty, Karolinska Institutet, was effectuated on November 22, 2023. Docket No. 1585.

2. The deadline for parties to file responses to the relief requested in the Motion was December 8, 2023 (the "Objection Deadline"). No objections to the Motion were filed on the docket on or before the Objection Deadline. Additionally, counsel for the Debtors did not receive any informal responses.

3. The Debtors request that the Court enter the attached proposed order at its earliest convenience.

---

[1] The Debtor entities in these chapter 11 cases, along with the last four digits of each Debtor entity's federal tax identification number, are: Sorrento Therapeutics, Inc. (4842) and Scintilla Pharmaceuticals, Inc. (7956). The Debtors' service address is: 9380 Judicial Drive, San Diego, CA 92121.

| | |
|---|---|
| Dated: February 8, 2024 | /s/  *Kristhy M. Peguero* |
| | **JACKSON WALKER LLP** |
| | Matthew D. Cavenaugh (TX Bar No. 24062656) |
| | Kristhy M. Peguero (TX Bar No. 24102776) |
| | Genevieve M. Graham (TX Bar No. 24085340) |
| | 1401 McKinney Street, Suite 1900 |
| | Houston, TX 77010 |
| | Telephone:  (713) 752-4200 |
| | Facsimile:   (713) 752-4221 |
| | Email: mcavenaugh@jw.com |
| | kpeguero@jw.com |
| | ggraham@jw.com |

– and –

Caroline Reckler (S.D. Tex. Bar No. IL6275746)
Ebba Gebisa (admitted *pro hac vice*)
Jonathan Gordon (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Telephone: (312) 876-7700
Facsimile:  (312) 993-9667
Email:   caroline.reckler@lw.com
   ebba.gebisa@lw.com
   jonathan.gordon@lw.com

– and –

Jeffrey E. Bjork (admitted *pro hac vice*)
Kimberly A. Posin (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
355 South Grand Avenue, Suite 100
Los Angeles, CA 90071
Telephone: (213) 485-1234
Facsimile:  (213) 891-8763
Email:   jeff.bjork@lw.com
   kim.posin@lw.com

*Counsel to the Debtors and Debtors in Possession*

3

4

## Certificate of Service

    I certify that, on February 8, 2024, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                                                            */s/ Kristhy M. Peguero*
                                                                            Kristhy M. Peguero