IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| SORRENTO THERAPEUTICS, INC., *et al.*,[1] | Case No. 23-90085 (CML) |
| Debtors. | (Jointly Administered) |

### NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing is set for **March 11, 2024, at 9:00 a.m. (CST)** before Judge Chrisopher M. Lopez at the United States Bankruptcy Court, 515 Rusk, Courtroom 401, Houston, Texas, 77002 to consider the following:

*United States Trustee's Motion to Transfer Venue or Dismiss Pursuant to 28 U.S.C. § 1408 and Fed. R. Bankr. P. 1014(a)(2)* [ECF No. 1879].

You may participate at the hearing either in person or by an audio and video connection. Audio communication will be by use of the Court's dial-in facility. You may access the facility at **(832) 917-1510**. Once connected, you will be asked to enter the conference room number. Judge Lopez's conference room number is **590153**. Video communication will be by use of the GoToMeeting platform. Connect via the free GoToMeeting application or click the link on Judge Lopez homepage. The meeting code is "judgelopez". Click the settings icon in the upper right corner and enter your name under the personal information setting.

[*Signature Page Follows*]

---

[1] The Debtor entities in these chapter 11 cases, along with the last four digits of each Debtor entity's federal tax identification number, are: Sorrento Therapeutics, Inc. (4842) and Scintilla Pharmaceuticals, Inc. (7956). The Debtors' service address is: 4955 Directors Place, San Diego, CA 92121.

1

| | |
|---|---|
| Date: February 22, 2024 | Respectfully Submitted, |
| | KEVIN M. EPSTEIN<br>UNITED STATES TRUSTEE<br>REGION 7, SOUTHERN AND WESTERN<br>DISTRICTS OF TEXAS |
| | By: */s/ Alicia L. Barcomb*<br>    Alicia L. Barcomb, Trial Attorney<br>    Tex. Bar No. 24106276/Fed. ID No. 3456397<br>    515 Rusk, Suite 3516<br>    Houston, Texas 77002<br>    (713) 718-4661 – Telephone<br>    (713) 718-4670 – Fax<br>    Email: Alicia.barcomb@usdoj.gov |

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served by electronic means via ECF transmission to all Pacer System participants in these bankruptcy cases, on February 22, 2024.

    */s/ Alicia Barcomb*
    Alicia Barcomb