IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SORRENTO THERAPEUTICS, INC., *et al.*[1] | ) | Case No. 23-90085 (DRJ) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**NOTICE OF HEARING**

On February 20, 2024, Party in Interest, Timothy L. Culberson, Esq., filed the *Emergency Motion for Sanctions Against Jackson Walker, LLP and Latham & Watkins, LLP and Emergency Motion for Stay* [Docket No. 1887].

The hearing on this motion is set for **February 26, 2024, at 3:30 p.m. (prevailing Central Time)** before Judge Christopher M. Lopez at the United States Bankruptcy Court, 515 Rusk Street, Courtroom 401, 4th Floor, Houston, TX 77002.

You may participate at the hearing either in person only as advised by the Court. You may observe the hearing at (**832) 917-1510**. Once connected, you will be asked to enter the conference room number. Judge Lopez' conference room number is **590153**.

Hearing appearances must be made electronically in advance of both electronic and in-person hearings. To make your appearance, click the "Electronic Appearance" link on Judge Lopez' homepage. Select the case name, complete the required fields and click "Submit" to complete your appearance.

All documents filed in these chapter 11 cases are available free of charge by visiting https://cases.stretto.com/Sorrento or by calling (833) 278-6637 (toll-free) or (949) 471-0454 (international). Copies of any pleadings or papers filed with the Court may be obtained by visiting

---

[1] The Debtor entities in these chapter 11 cases, along with the last four digits of each Debtor entity's federal tax identification number, are: Sorrento Therapeutics, Inc. (4842); and Scintilla Pharmaceuticals, Inc. (7956). The Debtors' service address is: 4955 Directors Place, San Diego, CA 92121.

the Court's website at https://ecf.txsb.uscourts.gov in accordance with the procedures and fees set forth therein.

| | |
|---|---|
| Dated:   February 22, 2024 | */s/  Timothy L. Culberson* <br> **THE CULBERSON LAW OFFICE, PLLC** <br> Timothy L. Culberson (TX Bar No. 24012484) <br> 25700 I-45 North, Suite 100 <br> Spring, Texas 77386 <br> Telephone: (832) 236-2326 <br> Facsimile: (281) 674- 8161 <br> Email: tim@culbersonlaw.com |

## CERTIFICATE OF SERVICE

I certify by my signature above that, on February 22, 2024, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.