## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SORRENTO THERAPEUTICS INC., *et al.*[1] | ) | Case No. 23-90085 (CML) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

### JACKSON WALKER LLP'S AMENDED WITNESS & EXHIBIT LIST FOR HEARING ON FEBRUARY 26, 2024 AT 4:30 P.M.

Jackson Walker ("JW") files this Amended Witness & Exhibit List for the hearing on **Monday, February 26, 2024, at 4:30 p.m. CDT** before the Honorable Christopher M. Lopez (the "Hearing") in the above-captioned case.

### WITNESSES

JW may call any, all, or none of the following witnesses at the Hearing:

1. Any witness called or designated by any other party.

2. Any witness necessary to impeach the testimony of any witness called or designated by any other party.

3. Any witness necessary to rebut the testimony of any witness called or designated by any other party.

### EXHIBITS

JW may offer any, all, or none of the following exhibits into evidence at the Hearings:

| NO. | EXHIBIT DESCRIPTION | OFFERED | OBJECTION | ADMITTED |
|---|---|---|---|---|
| 1 | Chapter 11 Voluntary Petition of Scintilla Pharmaceuticals, Inc. [Case No. 23-90084, Dkt. #1] | | | |

---

[1] The Debtor entities in these chapter 11 cases, along with the last four digits of each Debtor entity's federal tax identification number, are: Sorrento Therapeutics, Inc. (4842) and Scintilla Pharmaceuticals, Inc. (7956). The Debtors' service address is: 4955 Directors Place, San Diego, CA 92121.

| NO. | EXHIBIT DESCRIPTION | OFFERED | OBJECTION | ADMITTED |
|---|---|---|---|---|
| 2 | 341 Meeting Transcript dated May 30, 2023 | | | |
| 3 | [Proposed] Order Approving Debtors' Disclosure Statement and Confirming Modified Joint Plan of Liquidation of Sorrento Therapeutics, Inc. and Scintilla Pharmaceuticals, Inc. under Chapter 11 of the Bankruptcy Code [Dkt. #1565] | | | |
| 4 | [Proposed] Order Approving Debtors' Disclosure Statement and Confirming Modified Joint Plan of Liquidation of Sorrento Therapeutics, Inc. and Scintilla Pharmaceuticals, Inc. under Chapter 11 of the Bankruptcy Code [Dkt. #1612] | | | |
| 5 | Order Approving Debtors' Disclosure Statement and Confirming Modified Joint Plan of Liquidation of Sorrento Therapeutics, Inc. and Scintilla Pharmaceuticals, Inc. under Chapter 11 of the Bankruptcy Code [Dkt. #1616] | | | |
| 6 | Corrected Order Approving Debtors' Disclosure Statement and Confirming Modified Joint Plan of Liquidation of Sorrento Therapeutics, Inc. and Scintilla Pharmaceuticals, Inc. under Chapter 11 of the Bankruptcy Code [Dkt. #1652] | | | |
| 7 | Opposition of the Official Committee of Unsecured Creditors to Timothy Culberson's Motion to Dismiss or Transfer Venue Pursuant to Rule 1014(a)(2) [Dkt. #1905] | | | |
| 8 | Motion to Appear Pro Hac Vice – Timothy L. Culberson [Dkt. #1198] | | | |
| | Any exhibits offered by any other party | | | |
| | Any exhibits necessary for impeachment purposes | | | |
| | Any exhibits necessary for rebuttal purposes | | | |
| | Any appendices, exhibits, or other attachments to any of the foregoing | | | |

| NO. | EXHIBIT DESCRIPTION | OFFERED | OBJECTION | ADMITTED |
|---|---|---|---|---|
|  | Any pleadings, reports, proofs of claim, orders, or other documents filed of record in the above captioned case. |  |  |  |

JW reserves the right to supplement or amend this Amended Witness & Exhibit List prior to the Hearing.

Dated: February 24, 2024         Respectfully submitted,

                               **KANE RUSSELL COLEMAN LOGAN PC**

                               By: */s/ John J. Kane*
                                     Joseph M. Coleman
                                     State Bar No. 0456610
                                     SDTX No. 16936
                                     **John J. Kane**
                                     State Bar No. 24066794
                                     SDTX No. 1069650
                                     **JaKayla J. DaBera**
                                     State Bar No. 24129114
                                     SDTX No. 3848760

                               901 Main Street, Suite 5200
                               Dallas, Texas 75202
                               Tel.: (214) 777-4200
                               Fax: (214) 777-4299
                               Email: jcoleman@krcl.com
                                           jkane@krcl.com
                                           jdabera@krcl.com

                             **ATTORNEYS FOR JACKSON WALKER LLP**

### CERTIFICATE OF SERVICE

     I hereby certify that on February 24, 2024, a true and correct copy of the foregoing Amended Witness & Exhibit List was filed with the Court and served via the Court's electronic case filing system (ECF) upon all parties registered to receive such electronic service in this bankruptcy case.

                                         */s/ John J. Kane*
                                         John J. Kane