**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

_____
)
In re:                                                                    )          Chapter 11
                                                                             )
SORRENTO THERAPEUTICS INC., *et al.*         )          Case No.  23-90085 (CL)
                                                                             )
                                   Debtors.                    )          (Jointly Administered)
                                                                             )
_____ )

**PARTY IN INTEREST, TIMOTHY CULBERSON'S, FIRST AMENDED EXHIBIT AND**
**WITNESS LIST FOR HEARING SCHEDULED FOR FEBRUARY 26, 2024 AT**
**4:30 P.M. (CENTRAL TIME)**

COMES NOW, Party in Interest, Timothy Culberson, Esq. and respectfully files this

FIRST AMENDED EXHIBIT AND WITNESS LIST for the hearing to be held on February 26,

2024 at 4:30 p.m. (central time) as follows:

**I.**

| EXHIBIT | DESCRIPTION | OFFERED | ADMITTED |
|---------|-------------|---------|----------|
| 1 | **UPS Store Documents Related to Store No. 0577 located at 7 Switchbud, The Woodlands, Texas 77380 – Box No. 513 with Business Records Affidavit (REDACTED)** | | |
| 2 | **Docket No. 1 in Cause No. 23-90084 – Scintilla Pharmaceuticals, Inc.'s Voluntary Petition** | | |
| 3 | **Screenshot of metadata contained in Dr. Henry Ji's digital signature on page 15 of 15 of Docket No. 1 of Cause No. 23-90084** | | |
| 4 | **Screenshot of document property metadata contained in Docket No. 1 of Cause No. 23-90084** | | |
| 5 | **UPS Store Documents Related to Store No. 0577 located at 7 Switchbud, The Woodlands, Texas 77380 – Box Nos. 166, 180, and 434 with Business Records Affidavit (REDACTED)** | | |
| 6 | **Affidavit of Elizabeth Czerapak – Docket No. 1892 – Exhibit 4** | | |
| 7 | **Docket No. 1879-1 in Cause No. 23-90085 – Signature Bank Statement** | | |

| 8 | Docket No. 1879-2 in Cause No. 23-90085 – Statement and Designation by Foreign Corporation – California Secretary of State | | |
|---|---|---|---|
| 9 | Docket No. 1879-3 in Cause No. 23-90085 – Statement of Information Corporation – California Secretary of State Filed 6/27/2022 | | |
| 10 | Docket No. 1879-4 in Cause No. 23-90085 – Statement of Information Corporation – California Secretary of State Filed on 6/29/2023 | | |
| 11 | Docket No. 711 in Cause No. 23-90085 – Statement of Financial Affairs for Sorrento | | |
| 12 | Any other exhibits offered by another party | | |

## WITNESSES

Party in Interest may call the following witnesses at the Hearing:

1.      Any witness listed or called by any other party;

2.      Rebuttal witnesses as necessary; and

3.      Reserves the right to cross-examine any witness called by any other party.

Respectfully submitted,

**THE CULBERSON LAW OFFICE, PLLC**

_____
Timothy L. Culberson
State Bar No. 24012484
25700 I-45 North
Suite 100
Spring, Texas 77386
Telephone: (281) 825-4977
Fax: (281) 674-8161
Email: tim@culbersonlaw.com

**PRO SE PARTY IN INTEREST**

**<u>CERTIFICATE OF SERVICE</u>**

By my signature above, I hereby certify that the above foregoing instrument was served on all counsel of record and all parties appeared herein on this the 25th day of February 2024 by the Court's CM/ECF system.