**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | ) ) Chapter 11 |
| SORRENTO THERAPEUTICS INC., *et al*.[1] | ) ) Case No. 23-90085 (CML) |
| Debtors. | ) ) (Jointly Administered) ) |

**AMENDED[2] AGENDA FOR HEARING SCHEDULED**
**FOR FEBRUARY 26, 2024 AT 4:30 PM (CENTRAL TIME)**

> **Audio communication will be by use of the Court's dial-in facility. You may access the facility at (832) 917-1510. Once connected, you will be asked to enter the conference room number. Judge Lopez's conference room number is 590153. Video communication will be by use of the GoToMeeting platform. Connect via the free GoToMeeting application or click the link on Judge Lopez's homepage. The meeting code is "JudgeLopez". Click the settings icon in the upper right corner and enter your name under the personal information setting.**
>
> **Hearing appearances must be made electronically in advance of both electronic and in-person hearings. To make your appearance, click the "Electronic Appearance" link on Judge Lopez's homepage. Select the case name, complete the required fields and click "Submit" to complete your appearance.**

The above-captioned debtors and debtors in possession hereby file this agenda for matters set for hearing on February 26, 2024 at 4:30 p.m. (CT).

1. **Debtors' Emergency DIP Motion**. Debtors' Emergency Motion for Entry of Orders Approving (I) Senior Secured Superpriority Financing and (II)(A) Sale of Assets and (B) Modifications to Chapter 11 Plan [Docket No. 1884]

   **Status:** This matter is going forward.

---

[1] The Debtor entities in these chapter 11 cases, along with the last four digits of each Debtor entity's federal tax identification number, are: Sorrento Therapeutics, Inc. (4842) and Scintilla Pharmaceuticals, Inc. (7956). The Debtors' service address is: 9380 Judicial Drive, San Diego, CA 92121.

[2] This amendment adds Related Document (a) with respect to Item 1 (the Debtors' Emergency DIP Motion).

**Related Documents:**

    a.    Statement of the Official Committee of Unsecured Creditors' in Support of Debtors' Emergency Motion for Entry of Orders Approving (I) Senior Secured Superpriority Financing and (II)(A) Sale of Assets and (B) Modifications to Chapter 11 Plan [Docket No. 1896];

    b.    Debtors' Amended Witness and Exhibit List [Docket No. 1927];

    c.    United States Trustee's Amended Witness and Exhibit List [Docket No. 1914];

    d.    United States Trustee's Limited Objection to the Debtors' Emergency DIP Motion [Docket No. 1910];

    e.    Revised Proposed DIP Order [Docket No. 1926].

**2.**    **Mr. Culberson's Emergency Motion for Sanctions and Stay.**  Party In Interest, Timothy Culberson's Emergency Motion for Sanctions Against Jackson Walker, LLP and Latham & Watkins, LLP and Emergency Motion for Immediate Stay of all Asset Sales [Docket No. 1887]

**Status:**  This matter is going forward.

**Related Documents:**

    a.    Party In Interest, Timothy Culberson's, Supplemental Emergency Motion for Sanctions Against Jackson Walker, LLP, and Latham & Watkins, LLP and Emergency Motion for Immediate Stay of All Asset Sales [Docket No. 1892]

    b.    Debtors' Amended Witness and Exhibit List [Docket No. 1927]

    c.    Mr. Culberson's Witness and Exhibit List [Docket Nos. 1919 and 1925];

    d.    Jackson Walker LLP's Amended Witness & Exhibit List [Docket No. 1922];

    e.    Debtors' and Debtors' Counsels' Objection to Motions to Dismiss or Transfer Venue and for Sanctions [Docket No. 1900];

    f.    Mr. Culberson's Supplemental Brief in Support of his Motion for Stay and for Sanctions [Docket No. 1924].

Dated: February 26, 2024

/s/ *Kristhy M. Peguero*

**JACKSON WALKER LLP**
Matthew D. Cavenaugh (TX Bar No. 24062656)
Kristhy M. Peguero (TX Bar No. 24102776)
Genevieve M. Graham (TX Bar No. 24085340)
1401 McKinney Street, Suite 1900
Houston, TX 77010
Telephone:  (713) 752-4200
Facsimile:  (713) 752-4221
Email: mcavenaugh@jw.com
        kpeguero@jw.com
        ggraham@jw.com

– and –

Caroline Reckler (S.D. Tex. Bar No. IL6275746)
Ebba Gebisa (admitted *pro hac vice*)
Jonathan Gordon (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Telephone: (312) 876-7700
Facsimile:  (312) 993-9667
Email:   caroline.reckler@lw.com
          ebba.gebisa@lw.com
          jonathan.gordon@lw.com

– and –

Jeffrey E. Bjork (admitted *pro hac vice*)
Kimberly A. Posin (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
355 South Grand Avenue, Suite 100
Los Angeles, CA 90071
Telephone: (213) 485-1234
Facsimile:  (213) 891-8763
Email:   jeff.bjork@lw.com
          kim.posin@lw.com

*Counsel to the Debtors*

**Certificate of Service**

I certify that, on February 26, 2024, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

/s/ *Kristhy M. Peguero*
Kristhy M. Peguero

US-DOCS\147775951.1