IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| SORRENTO THERAPEUTICS, INC., *et al.*,[1] | Case No. 23-90085 (CML) |
| Debtors. | (Jointly Administered) |

**UNITED STATES TRUSTEE'S NOTICE OF INTENT TO CONDUCT EXAMINATION UNDER FED. R. BANKR. P. 7030 AND 9014**

PLEASE TAKE NOTICE that counsel for the United States Trustee, pursuant to Fed. R. Bankr. P. 7030 and 9014, will examine Drew Lockard, Stretto Managing Director, of 410 Exchange, Suite 100, Irvine, CA 92602.

The oral examination will take place by video teleconference, on **March 6, 2024, at 9:00 A.M. (CST)**, or at such other time as the parties may, in writing, mutually agree, and continuing thereafter from day to day, excluding weekends and holidays, until the oral examination is concluded. The scope of the examination relates to appropriate venue for these chapter 11 cases.

The oral examination under Fed. R. Bankr. P. 7030 and 9014 will be taken before an officer authorized to administer oaths and will be used as evidence at any and all hearings in this case. The oral examination shall be recorded by sound and stenographic court reporter.

---

[1] The Debtor entities in these chapter 11 cases, along with the last four digits of each Debtor entity's federal tax identification number, are: Sorrento Therapeutics, Inc. (4842) and Scintilla Pharmaceuticals, Inc. (7956). The Debtors' service address is: 4955 Directors Place, San Diego, CA 92121.

1

Date: March 1, 2024					Respectfully submitted,

											KEVIN M. EPSTEIN
											UNITED STATES TRUSTEE
											REGION 7, SOUTHERN AND WESTERN
											DISTRICTS OF TEXAS

											By: */s/ Alicia L. Barcomb*
												Alicia L. Barcomb, Trial Attorney
												Tex. Bar No. 24106276/Fed. ID No. 3456397
												515 Rusk, Suite 3516
												Houston, Texas 77002
												(713) 718-4661 – Telephone
												(713) 718-4670 – Fax
												Email: Alicia.barcomb@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served by electronic means via ECF transmission to all Pacer System participants in these bankruptcy cases, on March 1, 2024.

							*/s/ Alicia L. Barcomb*
							Alicia L. Barcomb