United States Bankruptcy Court
Southern District of Texas
**ENTERED**
March 11, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 23-90085 |
| SORRENTO THERAPEUTICS, INC., | § | |
| *et al.*, | § | |
| Debtors. | § | Jointly Administered |
| | | CHAPTER 11 |

### ORDER DENYING TIMOTHY CULBERSON'S
### MOTION TO DISMISS OR TRANSFER VENUE
[Relates to: Docket No. 1851]

For the reasons stated on the record at the hearing held on March 11, 2024, Party in Interest, Timothy Culberson's, Motion to Dismiss or Transfer Venue filed at Docket No. 1851 is denied.

Signed: March 11, 2024

_____
Christopher Lopez
United States Bankruptcy Judge