IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 23-90085 |
| SORRENTO THERAPEUTICS, INC., | § | |
| *et al.*, | § | |
| Debtors. | § | Jointly Administered |
| | | CHAPTER 11 |

### ORDER DENYING UNITED STATES TRUSTEE'S
### MOTION TO DISMISS OR TRANSFER VENUE
[Relates to: Docket No. 1879]

For the reasons stated on the record at the hearing held on March 11, 2024, United States Trustee's Motion to Transfer Venue or Dismiss filed at Docket No. 1879 is denied.

Signed: March 11, 2024

_____
Christopher Lopez
United States Bankruptcy Judge