United States Bankruptcy Court
Southern District of Texas
**ENTERED**
March 15, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| SORRENTO THERAPEUTICS INC., *et al.*[1] | ) Case No. 23-90085 (CML) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) **Re: Docket No. 1811** |

## ORDER GRANTING THE THIRD INTERIM FEE APPLICATION OF MOELIS & COMPANY LLC, INVESTMENT BANKER, FINANCIAL ADVISOR AND PLACEMENT AGENT TO THE DEBTOR FOR THE FEE PERIOD FROM SEPTEMBER 1, 2023 TO NOVEMBER 30, 2023

The Court has considered the *Third Interim Fee Application of Moelis & Company LLC, investment banker, financial advisor and placement agent to the Debtors, for the Fee Period from September 1, 2023 through November 31, 2023* (the "Application"), filed by Moelis & Company LLC (the "Applicant"). The Court orders:

1. The Applicant is allowed interim compensation and reimbursement of expenses in the amount of $4,805,025.79 for the period set forth in the Application.

2. The Debtors are authorized to disburse any unpaid amounts allowed by paragraph 1 of this Order.

Signed: March 15, 2024

_____
Christopher Lopez
United States Bankruptcy Judge

---

[1] The Debtor entities in these chapter 11 cases, along with the last four digits of each Debtor entity's federal tax identification number, are: Sorrento Therapeutics, Inc. (4842) and Scintilla Pharmaceuticals, Inc. (7956). The Debtors' service address is: 9380 Judicial Drive, San Diego, CA 92121.