UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| In re: SORRENTO THERAPEUTICS, INC., et | § | |
| | § | Civil Action No. 4:26-cv-6888 |
| Debtor | § | |
| | § | Bankruptcy Case No. 23-90085 |
| Ethan Mevi, et al | § | |
| Appellant | § | |

## Notice of Deficiency

1. The notice of appeal was filed in the bankruptcy court on 8/17/2026. The designation of the record was due on 8/31/2026. *See* Fed. R. Bankr. P. 8009.

2. If the appellant does not cure these deficiencies within 14 days, the district court may dismiss the appeal without further notice.

   ☐ The filing fee has not been paid.

   ☐ The record has not been designated.

   ☒ The record designated by the appellant includes transcripts that have not been ordered.

   ☐ The appellant has not arranged to pay for the transcripts designated.

Date: September 3, 2026

Nathan Ochsner, Clerk of Court
H. Lerma
Deputy Clerk